Re: Calvin Camps, Prose. SBI #143532B. STATE: 967458
Southern State Correctional Facility          14-1498
4295 Route 47                                 July, 29, 2015
Delmont, New Jersey 08314

Re: REQUEST TO CHANGE ADDRESS
Under: Calvin Camps vs. Mayor Micheal
Nutter, et al. 2014

RECEIVED AUG - 3 2015

AUG - 3 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

Dear Mr. Michael Kunz, Clerk of Court
This letter is being mailed as to my letter dated July, 5, 2015, where I requested a copy of the Docket Sheet, on the above said legal case, "Class Action", At this time I've been moved to S.S.C.F. 4295 Route 47, Delmont, New Jersey, 08314.

I am request that your office, make a change of address, and mail a copy of the Docket Sheet under Calvin Camps vs. Mayor Michael Nutter, et al. 2014.

If there is any kind of issues pleas let me know here at S.S.C.F., I would like to thank your office for it's time.

Yours Truly
Calvin Camps Prose.
#483950

Res. Mr. Michael Kunz, Clerk
U.S. District Court
601 Market Street
Philadelphia, PA 19106

Re: Calvin Capers, Pro-Se SBI#435376. SMS: 967458
Southern States Corr. Junior Facility
4295 Route, Delmont, New Jersey 08314

Att: Mr. Michael Kuntz, Clerk of the Clerk
U.S. District Court office of the Clerk
Eastern District Court
2nd Floor
601 Market Street
Philadelphia, PA 19106

Legal mail

Hasler
08/01/2015
US POSTAGE $00.49
ZIP 08314
011D11621193