Re: Calvin Camps, Prose # 67621
Chester County Prison
501 S. Wawaset Road
West Chester, PA 19382

RECEIVED
JAN 11 2016
FILED
JAN 11 2016
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

January, 8, 2016

Re: CHANGE of ADDRESS
Case: Calvin Camps vs
Michael Wunsch, ESQ.
2014 U.S. District Court 19349
No. 14-1876

Dear Clerk of Court,

I am sending this letter to your office
as to being Moved from Southern State
Correctional Facility, 4295 Route 47
Delmont, New Jersey 08317
I would like to request a letter of
Acknowledgment as to the change on record.
If their is anykind of Problems, Please
Feel Free to let me know.

SERVED:                              Yours Truly
Clerk of Court
U.S. District Court-Eastern District
601 Market St. Philia. PA        X Cal Camps Prose # 67621
Dimitrios Mavroudis, Esq.          Calvin Camps, Prose # 483450
City of Philadelphia - Local Department
17th Floor, 1515 Arch. Street
Philia, PA 19103

~~~ 'enselment to publish ~ ~~~~

Calvin Camp Prose # 7621

**CHESTER COUNTY PRISON**
501 S. WAWASET ROAD
WEST CHESTER, PA 19382

S JERSEY
NJ 080
09 JAN '16
PM 5 L

Hasler
01/09/2016
US POSTAGE $00.49⁰

ZIP 19382
011D11640103

9-8-16

Clerk of U.S. District Cr
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19107

19106$1729 C019