RE: Calvin Camps, Pro Se, MQ1920
P.O. Box 200
Camp Hill, PA 17001-0200

RECEIVED NOV 21 2016

11-16-16

FILED NOV 21 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Calvin Camps,
PLAINTIFF

vs.

Michael Nutter, et al.
Louis Giorla, John
Delaney, City of Philadelphia
DEFENDANTS

CIVIL ACTION
NO: 14-1498

REQUEST FOR MORE TIME TO ANSWER
DEFENDANTS SECOND MOTION TO DISMISS

Now comes, Plaintiff, Calvin Camps, who moves this Honorable Court for more time to answer the Defendants second motion to dismiss complaint, which was ruled moot, by the late Honorable Judge, Norma L. Shapiro, on the date of April, 12, 2016, (paper no. 20), as to the filing of the Plaintiff's Discovery Requests on the Defendants Attorneys

of record, which have been DENIED, by THE Defendants, to answer requests by The Plaintiff, Calvin Camps, under the Rules.

THE PLAINTIFF, Calvin Camps, has been limited by prison officials at Camp Hill to use the LAW LIBRARY, for research to file answers on all his pending legal actions in Pennsylvania and New Jersey, where He has been subjected to unconstitutional Conduct by NAMED DEFENDANTS OF RECORD.

THE PLAINTIFF, Calvin Camps, has alleged a Cause of Action which is: "Matter for which an action may be brought."

"A Cause of Action implies that there is some person in existence, who can bring suit, and also a person who can lawfully be sued." "When a wrong has been committed, or a breach of duty has occurred, the CAUSE of Action, or unconstitutional conduct or criminal conduct has accrued, Although The Plaintiff(s), Claimant be ignorant of it."

A cause of action consists of those facts as to two or more persons entitling at least some

ONE, of MEANS to a Judicial REMEDY of some Sort, Against the DEFENDANTS or others, For the Redress or Prevention of a WRONG. It is essential to the existence of such facts, that there should be a RIGHT TO BE VIOLATED and a Violation thereof.

THE 14th AMENDMENTS: WHERE the government seek to enforce a Claim upon Rights and WHEN the PLAINTIFF is a Citizen and Natural Person, the due Process Clauses of our Constitutions Prevail. This is a Substantive RIGHTS issue. Due Process means at least an opportunity to Defend. How can the PLAINTIFF, defend, when the Rules of a PRISON System, Apply Conditions and Policies To the RIGHTS of a Prisoner to Defend? Let me Remind the Court that "WHERE RIGHTS SECURED by the Constitution are involved there can be no Rule(s) making or legislation which would abrogate them." MIRANDA V. ARIZONA, 384 U.S. 436. 491 P. "..... Right and justice, Shall be administered without Sale, denial, Delay, or Prejudice." Plaintiff Requests "20" Days to file answer.

# CERTIFICATE OF SERVICE

I, Calvin Camps, Pro Se - MQ 1920, hereby certify that on the date below, the FOREGOING REQUEST FOR MORE TIME TO ANSWER DEFENDANTS SECOND MOTION TO DISMISS a copy was given to Prison Officials at Camp Hill, P.O. Box 200, Camp Hill, PA 17001-0200, to be mailed U.S. First Class mail, date of NOVEMBER 16, 2016 to the following parties.

SERVED:
REBECCA PROSPER, ESQ. ASSISTANT CITY SOLICITOR
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 ARCH. STREET, 14th FLOOR
PHILADELPHIA, PA 19102

LUCY V. CHIN, INTERIM CLERK
EASTERN DISTRICT OF PENNSYLVANIA
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURTHOUSE
PHILADELPHIA, PA 19106-9865

FILED
NOV 21 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

Cal Camps Pro Se
MQ 1920
11-16-16

RS: Calvin Campos, Pro Se MQ1420 Inmate mail
P.O. Box 200
Camp Hill, Pennsylvania

Att: Lucy V. Chin, Supervisor Clerk
Eastern District of Pennsylvania
Office of The Clerk
United States District Courthouse
Philadelphia PA. 19106-1797

7-91-11