**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CALVIN CAMPS, : | |
|         Plaintiff, : | |
| : | Civil Action |
| v. : | No. 14-1498 |
| : | |
| MAYOR MICHAEL NUTTER, et al., : | |
|         Defendants. : | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR ADDITIONAL TIME
TO ANSWER DEFENDANTS' SECOND MOTION TO DISMISS**

Defendants City of Philadelphia, Michael Nutter, Louis Giorla, and John Delaney are unopposed to Plaintiff Calvin Camps' Request for More Time to Answer Defendants' Second Motion to Dismiss (Docket No. 32) seeking an additional twenty (20) days to respond to Defendants' Motion.

Date: November 25, 2016　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Rebecca Prosper*
　　　　　　　　　　　　　　　　　　　　Rebecca Prosper
　　　　　　　　　　　　　　　　　　　　Assistant City Solicitor
　　　　　　　　　　　　　　　　　　　　Pa. Attorney ID No. 320300
　　　　　　　　　　　　　　　　　　　　City of Philadelphia Law Department
　　　　　　　　　　　　　　　　　　　　1515 Arch Street, 14th Floor
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　215-683-5443 (phone)
　　　　　　　　　　　　　　　　　　　　215-683-5397 (fax)
　　　　　　　　　　　　　　　　　　　　rebecca.prosper@phila.gov

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALVIN CAMPS, : | |
|         Plaintiff, : | |
| : | Civil Action |
| v. : | No. 14-1498 |
| : | |
| MAYOR MICHAEL NUTTER, et al., : | |
|         Defendants. : | |

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of Defendants' Response to Plaintiff's Request for Additional Time to Respond to Defendants' Motion to Dismiss has been served upon the below individual by certified mail, postage prepaid.

TO:      Calvin Camps
            MQ-1920
            SCI Camp Hill
            P.O. Box 200
            Camp Hill, PA 17001

            *Pro se Plaintiff*

Date: November 25, 2016            Respectfully submitted,

                                                  */s/ Rebecca Prosper*
                                                  Rebecca Prosper
                                                  Assistant City Solicitor
                                                  Pa. Attorney ID No. 320300
                                                  City of Philadelphia Law Department
                                                  1515 Arch Street, 14th Floor
                                                  Philadelphia, PA 19102
                                                  215-683-5443 (phone)
                                                  215-683-5397 (fax)
                                                  rebecca.prosper@phila.gov