RE: Calvin Camps, Prose, MQ1920
S.C.I. Chester
500 East 4th Street
Chester, PA 19013

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

Calvin Camps,
    Plaintiff(s)
V.
City of Philadelphia, et al,
Mayor Michael Nutter,
Louis Giorla, Commissioner,
John Delaney, Warden
    Defendants

NO: 14-1498

Jury Trial Demanded

**FILED**
JAN 24 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

MOTION FOR AN ORDER COMPELLING DISCOVERY

Now comes, Plaintiff, Calvin Camps, moves this Court for an order, pursuant to Rule 33, 34, 37(a) of the Federal Rules of Civil Procedure compelling Defendants and there attorneys of record, listed who failed to answer Interrogatories, Request for Production of Documents, copies of which are attached hereto.


RECEIVED JAN 24 2017

Plaintiff, Calvin Camps, submitted these requests Interrogatories, Production of Documents, Pursuant to Rule 33, 34, of the Federal Rules of Civil Procedure, on date of April, 11, 20, 2016 and June 30, 2016, but have not yet received the Answers.

Plaintiff, Calvin Camps, move this court for an Order Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure Compelling, Defendants to Produce for Inspection and copying the following Documents:

Plaintiff, Calvin Camps submitted a number of written requests for those documents, Pursuant to Rule 34 of the Federal Rules of Civil Procedure on dates, April, 11, 20, 2016 and June 30, 2016, But have not yet received the Documents,

3

PLAINTIFF <u>Calvin Camps</u>, also moves for an <u>ORDER</u>, pursuant to Rules, 26(b)(1), 37(a)(4) REQUIRING, the aforesaid DEFENDANTS TO <u>PAY</u>, plaintiff The sum of $20.00 in Hours, ONE Hour, as Reasonable Expenses IN obtaining This <u>ORDER</u>, on The grounds That The DEFENDANTS, Refusal to ANSWER REQUESTS, INTERROGATORIES & PRODUCTION OF DOCUMENTS had no substantial Justification.

SANCTIONS:
(A) TO Compel a Discovery Response, Disclosure
(B) TO Compel a Discovery Response
(i) a deponent fails to answer a Question asked under Rule 30 or 31
(iii) a Party fails to (Produce documents) and Answer an Interrogatory submitted under Rule 33; OR

DATED: JANUARY, 19, 2017

/s/ Calvin Camps, Pro Se
Calvin Camps, Pro Se
MJ1920
S.C.I. Chester
500 East 4th Street
Chester, PA 19013

Re: Calvin Camps, Pro Se #483950

C.F.C.F.
7901 State Road
Philadelphia, PA 19136

June, 30, 2016

Re: Plaintiff's Request for Production
of Documents under Rule 34
Dated: April 11, 2016
Calvin Camps vs. Mayor Michael Nutter, et al
CV-14-1498

Dear Ms. Rebecca Prosper, Esq.,

I'am sending this letter, on my issuses of outstanding Discovery Requests made to the City of Philadelphia Legal Department and Dimitrios Mavroudis, esq. On the date of April, 11, 2016, Plaintiff's Request for Production of Documents to Defendants, under Rule 34 was mailed to your office from Chester County Prison, where I was at that time, Ms. Prosper. On April, 20, 2016 the Plaintiff's First Set of Interrogators to Defendant, Commissioner Louis Giorla, was mailed April, 22, 2016

(2)

I am waiting for my outstanding Discovery Requests, To Defendants, Ms. Prosper, If their is anykind of Problems, with those timely served Discovery Requests made under the Rules of Civil Procedures Under Calvin Camps vs. Mayor Michael Nutter, et al. Civ. No.: 14-1498, Please send those Requests within Ten (10) days, Ms. Prosper, if their is anykind of Problems let me know.

Yours Truly

Cal Camps, Prose. #483950
Calvin Camps, Prose. #483950

# CERTIFICATE OF SERVICE

I, Calvin Camps, hereby certify that on the date below, the foregoing letter was served on Defendants Attorneys of Record, as to filed Discovery Requests made on the following dates, April 11, 2016 Plaintiff's Request for Production of Documents, April 20, 2016 The Plaintiff's First Set of Interrogatories, Commissioner Louis Giorla, on filed Requests made this date of June 30, 2016, my Requests was given to Prison officials at C.F.C.F., 7901 State Road, Philadelphia Pa 19136

SERVED:
REBECCA PROSPER, Assistant City Solicitor
CIVIL RIGHTS UNIT 14th Floor
LAW DEPARTMENT
ONE PARKWAY, 1515 ARCH ST
Philadelphia, Pa 19102-1595

Calvin Camps Rose
Calvin Camps Rose
#483950

## CERTIFICATION OF SERVICE

I, Calvin Camps, hereby certify that a true and correct copy of the Plaintiff's Motion for an Order Compelling Discovery, was given to Prison Officials at S.C.I. Chester 500 East 4th Street, Chester Pa 19013 was served First Class Mail on the Date of January, 19, 2017

SERVED:

Rebecca Prosper, Esq. Assistant City Solicitor
City of Philadelphia Law Department
One Park, 1515 Arch Street, Philadelphia Pa 19102-1595

Lucy V. Chin, Interim Clerk
Office of the Clerk
United States District Court
Philadelphia, Pa 19106-7865

**FILED**

JAN 24 2017

KATE BARKMAN, Clerk
By _____ Dep. Clerk

/s/ Cal Camps Pro Se
Calvin Camps, Pro Se
MC 1920
S.C.I. Chester
500 East 4th Street
Chester, Pa 19013

PENNSYLVANIA DEPARTMENT OF CORRECTIONS
SCI-CHESTER
500 EAST 4TH STREET
CHESTER, PA 19013

Name: Calvin Camps Prode

Number: MQ1920

U.S. POSTAGE PITNEY BOWES
ZIP 19013 $ 000.67⁵
02 1W
0001386821 JAN 20 2017

1-6-17

Att: Lucy V. Chin, Interim Clerk
Office of The Clerk
United States District Court
Philadelphia, PA 19106-

Re: Camps v. City of Philadelphia, et al.
CV-14-1498

U.S.M.S.
X-RAY

19106*9999