E: CALVIN CAMPS,PRO.SE.MQ1920
S.C.I. CHESTER
500 EAST 4th STREET
CHESTER, PA 19013

4-3-17

RE: REQUEST FOR YOU TO BE CALLED AS WITNESS ON MEDICAL TREATMENT TO CALVIN CAMPS,# 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, under CALVIN CAMPS, et.al. V. MILLIE SCHOLTZ,et.al. CASE NO: 1:17-CV-01895-JBS-JS, JUDGE JEROME B. SIMANDLE, UNITED SATES DISTRICT COURT FOR NEW JERSEY, CAMDEN COUNTY NEW JERSEY

**FILED**
APR 13 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

Dear Doctor Francis Lo, MD.,

I am sanding this letter as to your treatment at the PHILADELPHIA VETERANTS Hospital, As to your service on my said MEDICAL Condition, By yourself and the Green team members.

This letter is as to the ongoing Legal Actions, I've filed in STATE Courts, in New Jersey and Pennslyvania Federal Courts As to BEING DENIED requested Medication for my LIVER CONDITION, Hepatitis C, Where I am still sick from this Condition, Doctor Lo., As YOU recall I did write you as to my request for you to PROVIDE ME with a copy of a CERTIFICATE of MERIT, On the Issuies of Medical Treatment for my Condition, by the Veterants hospital care by YOURSELF and the other said Green Team members.

THIS request for Medication for Hepatitis C, for the said CURE IS STILL being DENIED by PRISON OFFICIALS and PROVIDERS of all, SAID Facility(s), This request is being made as to the RULES of

THE NEW JERSEY, Procedures, N.J.S.A. 59: 1-1-et.al.seq.; 59: 8-3-4;, And REQUIRED, United Pa.R.CIV.P. No: 1042. 3(a), MEDICAL NEGLIGENCE, MUST be Supported by Certificate of Merit. PA.R.CIV.P. NO: 1042.3(a).

THE SAME under the laws of Civil Procedures in New Jersey, As WELL as Pennsylvania's.

A copy of this letter will be filed on the records, under above


RECEIVED APR 13 2017

SAID case, Doctor Lo., before the Judge Jerome B. SIMANDLE, and THE Defendants ATTORNEYS of records.

　　　　　　　　　　　　　　　　　　_/s/ Calvin Camps Rose_
　　　　　　　　　　　　　　　　　　CALVIN CAMPS, PRO.SE.MQ1920
　　　　　　　　　　　　　　　　　　MQ1920

## PROOF OF SERVICE

I, CALVIN CAMPS, hereby certify that a true and correct copy OF the foregoing LEGAL Papers as to REQUEST TO CALL WITNESS AS TO MEDICAL TREATMENT TO CALVIN CAMPS,# 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, under CALVIN CAMPS,et.al. V. MILLIE SCHOLTZ,et.al. Case No: 1:17-CV-01895 JBS-JS and Accompanying Papers was given to the PRISON OFFICIALS at S.C.I. CHESTER, On the date of APRIL, 3, 2017, for the below LISTED Parties by FIRST CLASS MAIL, Postage Prepaid.

SERVED:
    MICHELLE L. COREA,ESQ.
    CAPEHART & SCATCHARD, PA
    ATTORNEYS AT LAW
    8000 Midlantic Drive, Suite 300 S
    P.O. BOX 5016
    MOUNT LAUREL, NEW JERSEY, 08054-5016

    DOCTOR FRANCIS LO.,MD. THE GREEN TEAM
    PHILADELPHIA VETERANTS HOSPITAL-MEDICAL CENTER
    3900 WOODLAND Avenue
    PHILADELPHIA, PA 19104

    CLERK OF COURT
    UNITED STATES DISTRICT COURT
    MITCHELL H. COHEN, Bldg. &
    U.S. COURTHOUSE
    1 JOHN F. GERRY PLAZA
    4th & Cooper STREETS
    CAMDEN, NEW JERSEY 08101

**FILED**
APR 13 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

CALVIN CAMPS, PRO.SE.
MQ1920
S.C.I. CHESTER
500 EAST 4th STREET
CHESTER, PA 19013

PENNSYLVANIA DEPARTMENT OF CORRECTIONS
SCI-CHESTER
500 EAST 4TH STREET
CHESTER, PA 19013

Name: Calvin Camps Rose

Number: MQ1920



INMATE MAIL
PA DEPT
OF CORRECTIONS

4-3-17

ATT: EASTERN DISTRICT OF PENNSYLVANIA
     OFFICE OF CLERK-UNITED STATES DISTRICT
            COURT
     PHILADELPHIA, PA 19106-9865

RE: CAMPS V. NUTTER, et.al.
    14-1498

1910639999