RE: CALVIN CAMPS, PRO.SE.MQ1920
S.C.I. CHESTER                                    4-11-17
500 EAST 4th STREET
CHESTER, PA 19013



RE: REQUEST FOR YOU TO BE CALLED AS WITNESS ON MEDICAL TREATMENT TO CALVIN CAMPS, # 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, under CALVIN CAMPS, et.al. V. MILLIE SCHOLTZ,et.al. CASE NO: 1:17-CV-01895-JBS-JS, AND CALVIN CAMPS,# 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, CALVIN CAMPS Vs. MICHAEL NUTTER ,et.al. 2:14-CV-014-1498;

**FILED**

**APR 13 2017**

KATE BARKMAN, Clerk
By _____ Dep. Clerk

DearDoctor Francis Lo,MD.,

I am sending this lettercas to your treatment at the PHILADELPHIA VETERANS Hospital, As to your services on my said MEDICAL Condition, By yourself and the Green team members.

This letter is as to the ongoing Legal Actions, I've filed in STATE Courts, in New Jersey and Pennsylvania Federal Courts As to BEING DENIED requested Medication for my LIVER CONDITION, Hepatit is C, Where I am still sick from this Condition, Doctor Lo., As YOU recall I did write you as to my request for you to PROVIDE ME with a copy of a CERTIFICATE of MERIT, On the Issuies of Medic al Treatment for my Condition, by the Veterants hospital care by YOURSELF and the other said Green Team members.

THIS request for Medication for Hepatitis C, for the said CUR E is still being DENIED by PRISON OFFICIALS and PROVIDERS of all, SAID Facility(s), This request is being made as to the RULES of

THE NEW JERSEY, Procedures, N.J.S.A. 59: 1-1et.al.seq.; 59: 8-3-4; And REQUIRED, United Pa.R.CIV.P. No: 1042. 3(a), MEDICAL NEGLIGENCE, MUST be Supported by Certificate of Merit. PA.R.CIV.P . NO: 1042.3(a).
  THE SAME under the laws of Civil Procedures in New Jersey, As WELL as Pennslvania's.

A copy of this letter will be filed on the records, under above

SAID case, Doctor Lo., before the Federal Court case, Calvin CAMPS, V. MICHAEL NUTTER,et.al. 2:14-CV-014-1498, and the Defendants Attorneys of records.

_____
CALVIN CAMPS, PRO/SE. MQ1920

MQ1920

## CERTIFICATION OF SERVICE

I, CALVIN CAMPS, hereby certify that a true and Correct copy OF the foregoing LEGAL Papers as to REQUEST to CALL WITNESS AS TO MEDICAL TREATMENT TO CALVIN CAMPS, # 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, under CALVIN CAMPS V. MICHEAL NUTTER, et.al. 2:14-CV-014-1498; and Accompanying PAPERS was given to the PRISON OFFICIALS at S.C.I. CHESTER, On the date of March 11, 2017, for the below listed Parties by FIRST CLASS MAIL, Postage Prepaid.

SERVED: CITY OF PHILADELPHIA-LEGAL DEPARTMENT
1515 ARCH, STREET, 14th FLOOR
PHILADELPHIA, PA 19103

DOCTOR FRANCIS LO., MD. THE GREEN TEAM
PHILADELPHIA VETERANS HOSPITAL-MEDICAL CENTER
3900 WOODLAND Avenue
PHILADELPHIA, PA 19104

CLERK OF COURT
OFFICE OF THE CLERK FOR THE EASTERN DISTRICT COURT
2nd. FLOOR
601 MARKET, STREET
PHILADELPHIA, PA 19106

FILED
APR 13 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

CALVIN CAMPS, PRO.SE. MQ1920
S.C.I. CHESTER
500 EAST 4th STREET
CHESTER, PA 19013

PENNSYLVANIA DEPARTMENT OF CORRECTIONS
SCI-CHESTER
500 EAST 4TH STREET
CHESTER, PA 19013

Name: Calvin Camps Rose

Number: MD1920

INMATE MAIL
PA DEPT
OF CORRECTIONS



4-3-17

ATT: EASTERN DISTRICT OF PENNSYLVANIA
     OFFICE OF CLERK-UNITED STATES DISTRICT
            COURT
     PHILADELPHIA, PA 19106-9865

RE: CAMPS V. NUTTER, et.al.
    14-1498

19106S9999