IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALVIN CAMPS,<br><br>   *Plaintiff*,<br><br> v.<br><br>MICHAEL NUTTER, *et al.*,<br><br>   *Defendants*. | CIVIL ACTION<br>NO. 14-01498 |

## ORDER

**AND NOW**, this 27th day of June, 2017, upon consideration of the Second Motion to Dismiss filed by Defendants Giorla, Delaney and the City of Philadelphia, (ECF No. 26), and Plaintiff Camps's Response, (ECF No. 34), it is hereby **ORDERED** that Defendants' Motion, (ECF No. 26), is **DENIED**. It is further **ORDERED** that Camps's Motion for Order Compelling Discovery, (ECF No. 36), is **DENIED without prejudice**.[1]

                   BY THE COURT:


                   ***/s/ Gerald J. Pappert***
                   GERALD J. PAPPERT, J.

---

[1]  The parties need not conduct discovery until after the Rule 26(f) Conference. *See* FED. R. CIV. P. 26(d)(1), (d)(2)(B).