RE: Calvin Camps Rose MQ1920
S.C.I. Chester
500 East 4th Street
Chester, PA 19013

IN THE UNITED STATES EASTERN DISTRICT OF PENNSYLVANIA

Calvin Camps, Plaintiff(s)

Civil Action
NO: 14-1498

v.

Michael Nutter, et al.

Declaration of Dru Thompson

Dru Thompson hereby declares: MN3073

That I was requested to file this statement as to the conditions in which Calvin Camps, was dealing with being sick, when I met him at Chester County Prison, under his Prison Number #67621, he was moved from the state of New Jersey at Southern State Correctional Facility, Delmont New Jersey to Chester County Prison, on the date of January 4, 2016, where he was suffering from a number of medical issues, He was going to the Medical Department, three times a day, while he was on the unit with

(2)

me, at Chester County Prison he was having a number of problems, with the medical staff and provider, and Prison officials as to his requested treatment for his liver condition, where he requested care while he was on the unit, his legal papers was taken away from him by Prison Guard. In Intake on the date of January 4, 2016 when he came from New Jersey Prison System. He has requested that I make out this statement for his pending legal cases in Both States, which are on the courts records. I am willing to be a witness before the Court as to his being caused a number of violations.

I declare under penalty of Perjury. That the foregoing as true and correct. Executed at S.C.I. Chester, on July, 22, 2017

<u>Dru Thompson</u> MN3073

PENNSYLVANIA DEPARTMENT OF CORRECTIONS
SCI-CHESTER
500 EAST 4TH STREET
CHESTER, PA 19013

Name: Calvin Campshose

Number: MQ1920

7-23-17

ATT: CLERK OF COURT
UNITED STATES DISTRICT COURTHOUSE
PHILADELPHIA, PA 19106-9865

19106$1729 C019