RE: CALVIN CAMPS,PRO.SE.MQ1920
S.C.I. CHESTER
500 EAST 4th STREET
CHESTER, PA 19013

14-CV-1498

NOVEMBER 19,2017

RE: REQUEST FOR INFORMATION FOR WHO
TO WRITE TO DOCTOR LO,M.D.,
FOR THE DATES OF TREATMENT ON METHADONE
CARE AT THE VETERANS HOSPITAL FROM
2011 TILL 2014, DECEMBER OF 2014.

DEC 29 2017

Dear Doctor Francis Lo,M.D.,

I am sending this letter as to one of my filed Federal Law suites, CAMPS V. NUTTER,et.al.2:14-CV-01498-GJP, This Request Is as to One of my other cases, CAMPS V. WARDEN WILLIE SCHOLES,et .al. 1:17-CV-01895-JBS-JS, BURLINGTON COUNTY JAIL. DENIAL TO REQUESTED MEDICATION and other Conditions of the Jail. And the TAKING of My Funds, While I was under Arrest in the State of NEW JERSEY, Doctor Lo, that I need from you to know who is the PERSON, That I can write to for a Copy of my Veterans records As to my being cared for by the Employees of the Veterans Hospita l, from 2011 till December of 2014.

Which show that I was going to the hospital for Methadone TREATMENT six days a week for this Medication and Treatment, Doctor Lo,.

Hopefully you can help with this Request, this Information Well be used for this legal matter before the Camden Federal COURT and its Judges, as to these Violations of my Rights and The laws, as the Substance issue.

I would like to thank you for your time, On those said matters DOCTOR LO.,.

YOURS TRULY

SERVED: DOCTOR FRANCIS LO,MD.
DEPARTMENT OF VETERANS AFFAIRS-MEDICAL CENTER
3900 WOODLAND Ave. Phila, Pa 19104

CALVIN CAMPS,P.O.SE.MQ1920



**DEPARTMENT OF VETERANS AFFAIRS**

Dec 29, 2017                                    In Reply Refer To:

Primary Care Center-Module C
c/o CMJC VA Medical Center
University & Woodland Ave.
Philadelphia, Pa. 19104


Hello Mr. Camps


To obtain your medical records you should write the VA Release of
Information Department here at the medical center. They can help you with
your request.


Any questions regarding care or management should be directed
to:        215-823-4280   M-F 8:00AM - 4:30PM


Thank you for your attention in this matter and the confidentiality with
which you use this information.

Sincerely,


Frank Lo, M.D.

Primary Care Center

Adobe Forms Designer 6.0



## State of New Jersey
### DEPARTMENT OF CORRECTIONS

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

GARY M. LANIGAN
*Commissioner*

*In Reply respond to:*

ADULT DIAGNOSTIC AND
TREATMENT CENTER
8 Production Way, PO Box 190
Avenel NJ 07001

ALBERT C WAGNER
YOUTH CORRECTIONAL FACILITY
Ward Avenue PO Box 500
Bordentown NJ 08505

BAYSIDE STATE PRISON
Route 47 Delsea Drive
Leesburg NJ 08327

EAST JERSEY STATE PRISON
Lock Box R
Rahway NJ 07065

EDNA MAHAN CORRECTIONAL
FACILITY FOR WOMEN
30 County Road 513
PO Box 4004
Clinton, NJ 08809

GARDEN STATE YOUTH CORRECTIONAL
FACILITY
PO Box 11401
Yardville NJ 08620

MID-STATE CORRECTIONAL ANNEX
PO Box 866
Wrightstown NJ 08662

MOUNTAINVIEW YOUTH
CORRECTIONAL FACILITY
PO Box 994
Annandale NJ 08801

NEW JERSEY STATE PRISON
PO Box 861
Trenton NJ 08625

■ CENTRAL RECEPTION AND
ASSIGNMENT FACILITY
PO Box 7450
West Trenton NJ 08625

NORTHERN STATE PRISON
Frontage Road PO Box 2300
Newark NJ 07114

SOUTHERN STATE CORRECTIONAL
FACILITY
PO Box 150
Delmont NJ 08314

SOUTH WOODS STATE PRISON
215 Burlington Road South
PO Box 6000
Bridgeton NJ 08302-6000

CENTRAL OFFICE HEADQUARTERS
Whittlesey Road
PO Box 863
Trenton, NJ 08625

**September 21, 2017**

Calvin Camps, PRO.SE. MQ1920
S.C.I. Chester
500 East 4th Street
Chester, PA 19013

**Re.: Medical Records of Camps, Calvin (SBI# 14357B)**

Dear Mr. Camps,

    Enclosed are the medical records you requested from the New Jersey Department of Corrections (NJDOC). As a result of your inability to pay, the fee for the records has been waived.

    If you have any questions regarding the records, please contact me in writing at the Central Reception and Assignment Facility.

Sincerely yours,

Samuel Winslow, Executive Assistant
Central Reception and Assignment Facility

c:  File
    Enclosures

*New Jersey Is An Equal Opportunity Employer • Printed on Recycled and Recyclable Paper*

Released-I
, NJ
Fax:

September 19, 2017
Page
Internal Other

## CALVIN CAMPS
Male  DOB:08/12/1955  Booking #:967458  SBI:000143537B
Ins: NJDOCIC (NJDOCIP)


**Weight upon release:** 138lbs.

**Known allergies (Drugs, Food, Insects):**
SULFA (Critical)

**Signifcant past medical/mental health problems:**
Asthma, Diabetes, Heart Condition, Hepatitis, Hypertension
**Significant current medical/mental health problems upon release:**
RHINOSINUSITIS, CHRONIC (ICD-473.8)
NASAL POLYP (ICD-471.0)
HEPATITIS C, CHRONIC (ICD-070.54)
PPD SKIN TEST POSITIVE (ICD-795.51)
DERMATOMYCOSIS (ICD-111.9)
? of LIPOMA (ICD-214.9)
ASTHMA, INTERMITTENT, MILD (ICD-493.90)
HYPERTENSION, BENIGN ESSENTIAL (ICD-401.1)
DIABETES MELLITUS, TYPE II, CONTROLLED (ICD-250.00)
OPIOID DEPENDENCE, IN REMISSION, IN CONTROLLED ENVIRONMENT (DS4-304.00)
COCAINE ABUSE, IN REMISSION, IN CONTROLLED ENVIRONMENT (DS4-305.60)

**Current Medications:**
METFORMIN HCL ER 500 MG XR24H-TAB (METFORMIN HCL) 1 po bid x 1 yr start 10/26/15
LISINOPRIL 20 MG TABS (LISINOPRIL) 1 po daily x 1 yr start 10/26/15
ASPIRIN EC LO-DOSE 81 MG TBEC (ASPIRIN) 1 po daily x 1 yr start upon arrival
PROAIR HFA 108 (90 BASE) MCG/ACT AERS (ALBUTEROL SULFATE) 2 puffs qid prn asthma x 1 yr start 10/26/15
HAVRIX 1440 EL U/ML SUSP (HEPATITIS A VACCINE) give im on days 0 & 180 x 7 mos start 10/30/15
ENGERIX-B 20 MCG/ML SUSP (HEPATITIS B VAC RECOMBINANT) give im on days 0, 30, & 180 x 7 mos start start 10/30/15
FLUNISOLIDE 25 MCG/ACT (0.025%) SOLN (FLUNISOLIDE) 2 puffs @ nostril bid x 1 yr start upon arrival
DICLOFENAC SODIUM 75 MG TBEC (DICLOFENAC SODIUM) 1 po bi dprn pain x 1 yr start 12/15/14
PAMELOR 25 MG CAPS (NORTRIPTYLINE HCL) 1 po qhs x 1 yr start 12/15/14
CLARITIN 10 MG TABS (LORATADINE) 1 po qd prn allergy x 1 yr start upon arrival
NO ASA/NSAIDS/BLOOD THINNERS 1/10/16 UNTIL FURTHER NOTICE


**Stop Dates for Meds:**

**Supply of above given:** No    **Quantity:**


An order for a two week supply of above medication will be submitted to the pharmacy,
so that medication is available on the date of inmate's release.  [_] Yes  [_] No  [x] N/A

Patient on RMD, not returning to Southern State Correctional Facility

Inmate received a copy of the Discharge Summary, and instructions on how to obtain the complete
health care record.  [x] Yes  [_] No






Released-I  
, NJ  
Fax:

*September 19, 2017*  
Page  
Internal Other

## CALVIN CAMPS
Male  DOB:08/12/1955  Booking #:967458  SBI:000143537B  
Ins: NJDOCIC (NJDOCIP)

---

**Policy requires that all chronic care and special needs inmates, or any inmate with an unresolved medical issue, as determined by the Physician or NP, will be scheduled for follow-up care.**

1.  Prior to release, arrangements have been made for follow-up care **at:** <type name of hospital, clinic, doctor's office>  
**on (date):**          **Time:**          **a.m./p.m.**  
**Telephone number and Contact Person:**

2.  [_x_] Further arrangements are not necessary at this time.  Comments:

3.  [__] Inmate refused parts of the discharge planning process.  Accordingly, some or all of the above information could not be obtained.  
____ref.PE Release Exam      ____ref. 2 wk supply of meds      ____ref. f/u appointment

Comments:  Patient on RMD, not returning to SSCF

**Orders to be Processed and/or Transcribed**

**Electronically Signed by Melissa Genereux, LPN on 03/10/2016 at 8:18 AM**

---

**03/09/2016 - Internal Other: Chart Note for discharge planning**  
**Provider: Melissa Schmidt, LPN**  
**Location of Care: Southern State Correctional Facility**




Released-I
, NJ
Fax:

*September 19, 2017*
Page
Internal Other
**CALVIN CAMPS**
Male  DOB:08/12/1955  Booking #:967458  SBI:000143537B
Ins: NJDOCIC (NJDOCIP)

## Chart Note

**Narrative:** Unable to complete discharge planning because patient is on remand and not expected to return prior to max date.

**Problems/Allergies/Observation Changes**

**Orders to be Processed and/or Transcribed**

**Electronically Signed by Melissa Genereux, LPN on 03/09/2016 at 12:04 PM**

---

**01/19/2016 - Internal Other: Appointment Canceled**
**Provider: Peter Permito, RN**
**Location of Care: Southern State Correctional Facility-Phase 1**

```
Appointment status changed to canceled by
Jeffrey Pomerantz, MD on 01/19/2016 10:19 AM.

Cancellation Comments
---------------------

on remand -> r/s

Appointment Information
-----------------------

Appt Type:  Chronic Care Clinics
     Date:  Tuesday, January 19, 2016
     Time:  1:00 PM for 15 min
  Urgency:  Routine
  Made By:  LinkLogic
 To Visit:  SSCF PH1 CC GENERAL
   Reason:  MEDCC

Appt Comments
-------------
-- 12/30/15 8:10: (DEBORAH VASILE L) BOOKED --
Routine  at 01/19/2016 1:00 PM for 15 min
```



**PENNSYLVANIA INNOCENCE PROJECT**

at Temple University
Beasley School of Law
1515 Market Street, Suite 300
Philadelphia, PA 19102
215-204-4255
*www.innocenceprojectpa.org*
*innocenceprojectpa@temple.edu*

Marissa Boyers Bluestine
Executive Director

Nilam A. Sanghvi
Legal Director

December 11, 2017

Mr. Calvin Camps; #MQ1920
SCI – Chester
500 E. 4th Street
Chester, PA 19013

Dear Mr. Camps:

    I am writing to respond to your letter to the Pennsylvania Innocence Project. Thank you for clarifying your situation. You are currently on direct appeal from your conviction. Our organization does not begin reviewing a case while a convicted individual has a right to counsel – that is, through the direct appeal and the first Post-Conviction Relief Act petition. Should both of those appeals be unsuccessful for you, we encourage you to write us again after their completion. But until that time, we cannot review your case.

                  Sincerely,

                  Marissa Boyers Bluestine
                  Executive Director

RE: 12-26-17

RE: CAMPS v. NUTTER, et.al.
14-CV-01498

RE: CALVIN CAMPS, PRO.SE.MQ1920
S.C.I. CHESTER
500 EAST 4th STREET
CHESTER, PA 19013

ATT: EASTERN DISTRICT OF PENNSYLVANIA
OFFICE OF THE CLERK, UNITED STATES
DISTRICT COURTHOUSE
PHILADELPHIA, PA 19106-9865

INMATE MAIL
PA DEPT
OF CORRECTIONS



U.S. POSTAGE >> PITNEY BOWES
ZIP 19013 $ 000.67⁰
02 1W
0001386821 DEC 27 2017