RE: CALVIN CAMPS,PRO.SE.MQ1920
S.C.I. CHESTER
500 EAST 4th STREET
CHESTER PA 19013


IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| CALVIN CAMPS, | CIVIL ACTION NUMBER: |
|---|---|
| Plaintiff | 14-1498 |
| | TRIAL BY JURY |
| Vs. | |
| MICHAEL NUTTER,et.al. | |
| Defendants | |

DECLARATION OF RICKEY WASHINGTON,MU2400

RICKEY WASHINGTON ,hereby declares, I was asked by Calvin Camps, To make this said Affidavit on his behalf to the Courts' On his filed Legal cases filed as to his being Caused a number Of Violations to his Rights under State and Federal laws, by The Prison Officials and their Employees under their Policies And ILLEGAL Conduct as to Punishments to Inmates, While they Are being housed inside of the Facility(s), I was housed with CALVIN CAMPS, at CHESTER County Prison, during JANUARY of 2016.

I have been incarcerated at S.C.I. Chester, Were I am at Since being moved from Chester County Prison, were I met Calvin Camps, Who was dealing with his Medical Problems, were he was MOVED from New Jersey, He was being Called down to the Medical Department three times a day, When we first met each other, He told me about his Ongoing LIVER Condition and how they would

FILED
MAY -8 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

RECEIVED
MAY -8 2018

Not Provide said Medical treatment as to hisfiling a number
Of Inmate Complaints with the Prison officials and the Medical
Since his being held in jail since 2014, Over in New Jersey
And Pennslvania.

I, Witnessed him coming back to the block with some of his
LEGAL PAPERS, on the cases he had in the State and Federal Courts
As to his being subjeted to violations by Prison officials and
Their Employees as to POLICIES.

He would sit at the table on the unit were we would watch
Him writing out his paperwork, he was given a number of problems
For his doing his legal work on those said Violations.

He told me at that time that he was made to suffer those
CONDITIONS and since his being Moved to Philadelphia to C.F.C.F.
7901 State Road, Philadelphia Pa 19136, County Jail, He was
DENIED Requested MEDICATION for his ongoing Liver Condition
By those said Officials and then he was Moved to S.C.I. Graterford, P.O. Box 246, Grateford, Pa 19426-0246, Then he was Moved
To He was DENIED Requested MEDICATION for his ongoing Liver
CONDITION by those said Officials at S.C.I. CampHill, P.O. Box
8837, CampHill Pa 17001-8837, He is still being DENIED said
REQUESTED care from the Department of Corrections Employees
Here at S.C.I. Chester and its Medical provider.

I will give Testimony on all said ISSUES at Trial as to all
EVIDENCE and facts since meeting Inmate Calvin Camps.

I, declare under penalty of perjury that the foregoing is true
And Correct, executed at S.C.I. Chester, On APRIL,30,2018

RE: CALVIN CAMPS,PRO.SE.MQ1920  
    S.C.I. CHESTER  
    500 EAST 4th STREET  
    CHESTER PA 19013

MAY 4, 2018

           RE: REQUEST TO FILE AFFIDAVIT  
               UNDER CALVIN CAMPS Vs. MICHEAL  
               NUTTER,et.al. 14-1498

Dear Madam/Sir Clerk of Court,

    I am sending this letter along with the Declaration of One of the WITNESSES in this said legal matter before this Court And its Judges.

    This Affidavit of Witness is under the Name of RICKEY WASHINGTON,MU2400, Who is here at S.C.I. Chester with myself.

    I would like to Request that this declaration is made apart Of the record.

    If their is any kind of Problems with said Request Please WRITE me back here at S.C.I. Chester.

    I will make service on the defendants Attorney of record, REBECCA PROSPER,ESQ. Assistant City Solicitor, CITY of PHILADEPHIA, LAW DEPARTMENT, 15th Floor, 1515 ARCH, STREET, PHILADELPHIA PA 19102-1595.

    I would like to thank you and your office for its time on My legal matters.

                                  YOURS TRULY  
                                  /s/ Calvin Camps PRO.SE MQ1920  
                                  CALVIN CAMPS,PRO.SE.MQ1920

5-4-18

PENNSYLVANIA DEPARTMENT OF CORRECTIONS
SCI-CHESTER
500 EAST 4TH STREET
CHESTER, PA 19013

Name: CALVIN CAMPS, PRO. SE.
Number: MQ1920

Office of The Clerk
United States District of
Philadelphia Pa 19106-1797

U.S. POSTAGE >> PITNEY BOWES
ZIP 19013 $ 000.47⁰
0001386821 MAY 07 2018