RE: CALVIN CAMPS,PRO.SE.MQ1920
    S.C.I. CHESTER
    500 EAST 4th STREET
    CHESTER PA 19013



IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA PHILADELPHIA


CALVIN CAMPS,                                   CIVIL ACTION NUMBER:
        Plaintiff(s)
                                                14-1498


    Vs.                                         JURY TRIAL DEMAND

MICHAEL NUTTER,et.al.
LOUIS GIORLA,COMMISSIONER
JOHN DELANEY,
        Defendants


PLAINTIFF'S MOTION FOR LEAVE TO JOIN DEFENDANTS MEDICAL PROVIDER
CORIZON HEALTH AND ITS EMPLOYEES AS TO DENIALS TO REQUESTED
MEDICATION FOR LIVER CONDITION BY CALVIN CAMPS,#483950


    Now comes, Calvin Camps,Plaintiff in this said matter

Before this Honorable Court and its Judges, Who seeks leave

To bring i  third-Party Defendants, Who refused said Requested

MEDICATIONS for his Ongoing Liver Condition, While he was an

PRE-TRIAL DETAINEE, during the time of this said matter before

This Honorable Court in which he filed this said Complaint,

On those said Defendants as to their Unconstitutional Conditions

And Policies that they set up, which are in Violation of all

State and Federal laws, As to Punishments to PRE-TRIAL DETAINEES

And CONVICTED INMATES, Herein the Plaintiff Requested Medication

From those Employees and the Prison Officials as to his SERIOUS

MEDICAL Needs, Which were Denied by Health Provider CORIZON

(2)

And its Employees during the time he was being held under Crimina
l charges, Waiting for Trial on Open charges.

Under Rule 19, Required Joinder of Parties and Rule 20 allows
For Permissive Joinder of Parties, Title 28 U.S.C.S. §1332

   Over Claims by Plaintiff's against Persons made Parties,
Under RULES, 14, 19, 20 or 24 of the Federal Rules of Civil
PROCEDURES.

   WHEREFORE this Honorable Court and its Judges should GRANT
LEAVE to JOIN Party-Defendants under a Third-Party Complaint
As to his Issues of Medical Treatment.

CALVIN CAMPS, PRO.SE.MQ1920

DATED: JUNE 13,2018

(3)

CERTIFICATION OF SERVICE


I, Calvin Camps,MQ1920, hereby certify that he has served

Said Documents, PLAINTIFF'S MOTION FOR LEAVE TO JOIN DEFENDANTS

MEDICAL PROVIDER CORIZON HEALTH AND ITS EMPLOYEES AS TO DENIALS

TO REQUESTED MEDICATION FOR LIVER CONDITION BY CALVIN CAMPS,

# 483950, On the Parties listed herein by giving them to Prison

Officials here at S.C.I. Chester for the Mailing FIRST CLASS

MAIL, Postage Paid, Under Prison Mail Box Rule, On the date

Of June 13,2018

SERVED:


                    REBECCA PROSPER,ESQ.
                    ASSISTANT CITY SOLICITOR
                    CITY OF PHILADELPHIA LAW DEPARTMENT
                    CIVIL RIGHTS UNIT,14th FLOOR
                    1515 ARCH, STREET
                    PHILADELPHIA PA 19102

                    CLERK OF COURT
                    UNITED STATES DISTRICT COURTHOUSE
                    601 MARKET, STREET,ROOM 2609
                    PHILADELPHIA PA 19106-1797


                                        CALVIN CAMPS/PRO.SE.MQ1920
                                        S.C.I. CHESTER
                                        500 EAST 4th STREET
                                        CHESTER PA 19013

PENNSYLVANIA DEPARTMENT OF CORRECTIONS
SCI-CHESTER
500 EAST 4TH STREET
CHESTER, PA 19013

Name:___CALVIN CAMPS,PRO.SE.

Number:___MQ1920

6-13-18

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 19013   $ 000.47⁰
02 1W
0001386821 JUN 14 2018

ATT: CLERK OF COURT
UNITED STATES DISTRICT COURTHOUSE
601 MARKET STREET,ROOM 2609
PHILADELPHIA PA 19106-1797