RE: CALVIN CAMPS,PRO.SE.MQ1920
S.C.I. CHESTER
500 EAST 4th STREET
CHESTER PA 19013

AUGUST 7,2018

FILED
AUG 10 2018
KATE BARKMAN, Clerk
By__________Dep. Clerk

RE: REQUEST TO FILED MEDICAL DOCUMENTS UNDER CLAIMS IN THE FOLLOWING CASES:
CALVIN V. NUTTER,et.al.
14-1498
CALVIN CAMPS V. DOCTOR PAUL NOEL,et.al.
18-2911

RECEIVED
AUG 10 2018

Dear Clerk of Court,

I am sending this letter as to the two filed Civil COMPLAINTS, Under Calvin Camps V. Michael Nutter,et.al. 14-1498 Calvin Camps V. Doctor Paul Noel,et.al. 18-2911.

I would like to request that the 24 Documents are filed on t
That those said Documents are filed under both said legal matters Of record were I am the Plaintiff on both cases.

A copy of said Documents have been served on Counsel of record For the City of Philadelphia by FIRST CLASS MAIL from S.C.I. CHESTER by the Plaintiff, Calvin Camps under the Prison Mail Rule by giving them to the Prison Officials here at Chester, On the date of August 7,2018.

If their is any kind of Problems with my request Please feel And write me back here at this said Address.

As always I would like tothank the Clerk's office for its Time on those said legal matters.

YOURS TRULY

SERVED: CLERK OF COURT
UNITED STATES DISTRICT COURTHOUSE
PHILADELPHIA PA 19102-9865

CALVIN CAMPS,PROSE.MQ1920

**CALVIN CAMPS**
Male DOB 08/12/1955 Booking #:967458 SBI:000143537B
Ins: NJDOCIC (NJDOCIP)

Impression: 1. Chronic hepatitis C genotype 1b. Patient undergoing hepatitis A and B immunizations. Plan. Patient candidate for HCV treatment. Consider administrative approval. Consider telemedicine evaluation to discuss treatment and to answer any questions. Patient candidate for Harvoni oné tab daily x 12 weeks. Consider cbc, cmp every 4 weeks x 3 and check TSH at 12 weeks. Once done with treatment , will need follow up HCV viral load 12 weeks after treatment complete to look for sustained virologic response. Please call for any questions.

SULFA (Critical)

## Vital Signs

Ht: **63** in. inches

## Body Mass Index in-lb

**Height (in):** 63

## Peak Flow

## Orders to be Processed and/or Transcribed

**Electronically Signed by Syed Husain, MD on 12/13/2015 at 1:33 PM**

---

**12/15/2015 - Append: Consultation Report for HCV**
**Provider: Jeffrey Pomerantz, MD**
**Location of Care: UMDNJ Regional Office**

flagged to icn to place on tx list; surg pending

**Electronically Signed by Jeffrey Pomerantz, MD on 12/15/2015 at 12:57 PM**

---

**12/13/2015 - Internal Other: Sick Call Triage**
**Provider: Connie Purcell, RN**
**Location of Care: Southern State Correctional Facility-Phase 1**

Sick Call Triage

**CALVIN CAMPS**
Male DOB.08/12/1955 Booking #:967458 SBI:000143537B
Ins: NJDOCIC (NJDOCIP)

## Sick Call Triage

**Inmate/Patient Complaint** 'MR-007 slip submitted c/o poss injection reaction

**Type of Sick Call:** Clinical
**Urgency:** Routine
**Plan:** Schedule for Nurse S/C
**Comments:** Patient scheduled for nurse call on 12/14/2015

**Electronically Signed by Connie Purcell, RN on 12/13/2015 at 11:52 AM**

---

**12/11/2015 - Internal Other: Chart Note for cholecystectomy**
**Provider: Samantha S. Pezzella,CC**
**Location of Care: St Francis Medical Center**

## Chart Note

**Narrative:** Cholecystectomy has been scheduled for 1/21/16 at 11 45am with Dr Shah. He will be admit to SFMC 1/20/16
Preops/preps: No asa, nsaids or blood thinners 10 days prior, CBC, CMP, PT/PTT, INR, CXR, EKG

## Problems/Allergies/Observation Changes

## Orders to be Processed and/or Transcribed

**Electronically Signed by Samantha S. Pezzella,CC on 12/11/2015 at 10:17 AM**

---

**12/30/2015 - Append: Chart Note for cholecystectomy**
**Provider: Jeffrey Pomerantz, MD**
**Location of Care: Bayside State Prison-Medium**





Released-I
, NJ
Fax:

**CALVIN CAMPS**
Male DOB.08/12/1955 Booking #:967458 SBI.000143537B
Ins: NJDOCIC (NJDOCIP)

**Hepatitis B Series, #1**
**Date Given:** 1ml (11/03/2015 10.19:27 AM)

**Hepatitis B Series, #2**
Dose. 1ml Manufacturer GSK Lot #: 4T4GJ Expiration Date: 11/04/2017 Site/Route R delt / IM Given by Peter Permito RN
**Given by:** Peter Permito RN

**Varicella Series, #1**
**Date Last Given:** Yes (07/24/2015 7:50.45 PM)

**Plan**
**Problem/Diagnosis List**
HEPATITIS C, CHRONIC (ICD-070 54)



**CALVIN CAMPS**
Male DOB:08/12/1955 Booking #967458 SBI:000143537B
Ins: NJDOCIC (NJDOCIP)

**Electronically Signed by Jeffrey Pomerantz, MD on 11/10/2015 at 7:19 AM**

---

**11/10/2015 - Append: ULTRASOUND**
**Provider: Jeffrey Pomerantz, MD**
**Location of Care: Southern State Correctional Facility-Phase 1**

see orders - consult flagged to id

**Electronically Signed by Jeffrey Pomerantz, MD on 11/10/2015 at 7:20 AM**

---

**11/05/2015 - Internal Other: Transfer to Facility**
**Provider: Karen Lilly,CC**
**Location of Care: Southern State Correctional Facility**

## Transfer Out

**I/M Transferring to: SWSP 11/09/2015**
**Narrative Comments:** U/S GB/LIVER

**Current Problems:**
HEPATITIS C, CHRONIC (ICD-070 54)
PPD SKIN TEST POSITIVE (ICD-795.51)
DERMATOMYCOSIS (ICD-111 9)
? of LIPOMA (ICD-214 9)
ASTHMA, INTERMITTENT, MILD (ICD-493 90)
HYPERTENSION, BENIGN ESSENTIAL (ICD-401 1)
DIABETES MELLITUS, TYPE II, CONTROLLED (ICD-250.00)
OPIOID DEPENDENCE, IN REMISSION, IN CONTROLLED ENVIRONMENT (DS4-304.00)
COCAINE ABUSE, IN REMISSION, IN CONTROLLED ENVIRONMENT (DS4-305.60)

**Current Medications:**
NAPROSYN 500 MG TABS (NAPROXEN) One tab po BID PRN discomfort X 180 days Take after meal
ZYRTEC ALLERGY 10 MG TABS (CETIRIZINE HCL) One tab po daily X 180 days
METFORMIN HCL ER 500 MG XR24H-TAB (METFORMIN HCL) 1 po bid x 1 yr start 10/26/15
LISINOPRIL 20 MG TABS (LISINOPRIL) 1 po daily x 1 yr start 10/26/15
ASPIRIN EC LO-DOSE 81 MG TBEC (ASPIRIN) 1 po daily x 1 yr start upon arrival
PROAIR HFA 108 (90 BASE) MCG/ACT AERS (ALBUTEROL SULFATE) 2 puffs qid prn asthma x 1 yr start 10/26/15
PNEUMOVAX 23 25 MCG/0 5ML INJ (PNEUMOCOCCAL VAC POLYVALENT) give im x 1 start 10/26/15
CLOTRIMAZOLE 1 % EXT CREA (CLOTRIMAZOLE) Apply as directed twice daily for 3 mo start 10/26/15 - to be issued from stock

**CALVIN CAMPS**
Male DOB:08/12/1955 Booking #:967458 SBI:000143537B
Ins: NJDOCIC (NJDOCIP)

## Problems/Allergies/Observation Changes

## Orders to be Processed and/or Transcribed

**Electronically Signed by Sandra F Wilson, HST II on 11/12/2015 at 7:03 AM**

---

**11/09/2015 - Diagnostic Report Other: ULTRASOUND**
**Provider: Jeffrey Pomerantz, MD**
**Location of Care: NJ Department of Corrections**

ULTRASOUND

ORDERING PROVIDER: JEFFREY POMERANTZ

ABDOMINAL ULTRASOUND STUDY of the RIGHT UPPER QUADRANT
CLINICAL INDICATIONS:
Abnormal laboratory values
TECHNIQUE:
Real-time imaging of the right upper quadrant of the abdomen was performed.
FINDINGS:
The liver is normal in size measuring 15 cm in length. It is heterogeneous in echotexture. No mass is seen.
There is no evidence of ascites.
The gallbladder is normal in configuration and contains a 2 cm stone.
The common duct is not dilated measuring 0.4 cm.
IMPRESSION:
1. Heterogeneous normal-sized liver. No mass is seen.
2. 2 cm gallstone.
3. No evidence of biliary ductal dilatation or ascites.
Electronically Signed By ARLEEN GOLDBACHER, M.D.
399649/676806053/KM
DT: 11/09/2015 22:09
DD: 11/09/2015 19:02

(SIGNED BY RADIOLOGIST): ARLEEN GOLDBACHER
DATE OF SERVICE: 11/09/2015
NAME: CALVIN CAMPS
DOB: 08/12/1955
SBI#: 000143537B
Provider: MOBILEX
Code: 76705

**CALVIN CAMPS**
Male DOB:08/12/1955 Booking #:967458 SBI.000143537B
Ins: NJDOCIC (NJDOCIP)

## From Doctor Visit

**Dr Visit Chief Complaint:** Consult HCV Chart review
**Reason for Visit:** Follow-Up
**Mental Health High-Risk Inquiry Incident:**
**High Risk Comments:** Chart reviewed patient not seen or examined History of chronic hepatitis C. 11/10/15 ultrasound of liver showed heterogenous normal sized liver 11/05/15 hepatitis C genotype 1b 10/28/15 ANA (-), TSH 1.460 uIU/mL, hepatitis B surface antibody non reactive 10/09/15 hepatitis C viral load 2758230 IU/mL, plt 145k, calculated APRI score 1 86, AST/ALT 108/94, serum AFP 32 9 ng/mL 07/27/15 HIV (-), HCV antibody (+), hepatitis A IgM (-), hepatitis B core IgM (-), hepatitis B surface antigen (-).
Impression· 1. Chronic hepatitis C genotype 1b. Patient undergoing hepatitis A and B immunizations. Plan Patient candidate for HCV treatment. Consider administrative approval. Reconsult for advice with above.

SULFA (Critical)

## Vital Signs

Ht: **63** in. inches

## Body Mass Index in-lb

**Height (in):** 63

## Peak Flow

## Orders to be Processed and/or Transcribed

**Electronically Signed by Syed Husain, MD on 11/18/2015 at 9:16 PM**

---

**11/09/2015 - Internal Other: Ultra sound -DONE- SWSP 11/09**
**Provider: Sandra F Wilson, HST II**
**Location of Care: South Woods State Prison**

## Chart Note

**Narrative:**



# SICK CALL REQUEST

Check one: ________ Dental X Medical ________ Mental Health

Name: Calvin Camps (Print Name) Inmate I.D. Number 483950

Social Security No. ________

Housing Unit: B-2-1 cell #9

Medical Problem (be specific): HEPATITIS C. I am Requesting Medical Treatment since it was ordered last year while in D.O.C. New Jersey, my Problem is still going on where I am Being subjected to failure to Provide care to This Serious Medical Need.

Inmate's Signature Calvin Camps Pro-Se Date: 5-26-16 Time: 9:05

**FOR MEDICAL UNIT USE ONLY**

Disposition: ________

M. Gaye, RN

Provider's Signature: ________ Date: 5/27/16 Time: 2430

86-146



# SICK CALL REQUEST

Check one: ______ Dental ✓ Medical ______ Mental Health

Name: Calvin Camps (Print Name) Inmate I.D. Number 483950

Social Security No. ______

Housing Unit: B-2-1 cell #9

Medical Problem (be specific): I put a request to be seen by a Doctor on the date of May 26, 2016 on unit B-2-1, as to getting HEPATITIS "C" Treatment, where I request Treatment at my last two facility's as to test's which has been Done where my numbers are up, also I am in Need of Stones Treatment which I was fund to have

Inmate's Signature Calvin Camps ProSe Date: 5-29-16 Time: 8:55 AM.

**FOR MEDICAL UNIT USE ONLY**

Disposition: ______

TRIAGED

MAY 3 0 2016

Provider's Signature: Wade M RN Date: ______ Time: 10

86-146

**Progress Notes**

**PID:** 483950 **Intake:** 1609110
**Facility Code:** CFCF **Housing Area:** ,B2POD1,9,3
**Patient:** CAMPS, CALVIN
**DOB:** 08/12/1955 **Age:** 60 Y **Sex:** Male
**Phone:**
**Address:** 1318 AUBURN ST., PHILADELPHIA, PA-19132

**Provider:** Corrections Provider
**Date:** 06/23/2016

---

## Subjective:

- Initial CC. Diabetes Mellitus Clinic. Chronic Care Clinic Periodic Exam

**HPI:**

Diabetes Mellitus Clinic:

Diabetes Mellitus Clinic Subjective

Type 1 *No*
Type 2 *Yes*
On *Oral Agents*
Ideal body weight ...
Height ... *66*
Drug allergy ... *bactrim*
Complications ... *none*
Physical activity (Number of times per week) *0 ...*
Diet adherence? *Yes*
Medication adherence? *Yes*
Tobacco use? *No*
History of hypertension, dyslipidemia or a family history of CAD? *Yes*
Does the patient have a CVD risk score greater than or equal to 10%? *Yes*
ACE inhibitor (or Angiotensin II receptor blocker) use, unless contraindicated? *Yes*
Statin use, if indicated? *No*

Chronic Care Clinic Period Exam:

Chronic Care

Chronic Care *COPD, HCV/Liver Dx, ...*

History of COPD

History of Hepatitis C. Adament to be treated during incarceration.

**ROS:**

Diabetes Mellitus:

- Patient denies ....
- Patient complaining of ....

**Medical History:**

- Diabetes- Metformin 500mg BID
- HTN- Lsinopril 20mg Daily, Asprin EC 81mg daily Multivitamin
- COPD- Albuterol neb tx
- Chronic Back Pain

**Surgical History:**

**Hospitalization/Major Diagnostic Procedure:**

**Family History:**

**Social History:**

Diet Orders:

Diet Orders

Diet Type 1 *High Calorie/ High Protein HS Snack*
Comments for Diet 1 *health shakes tid*
Start Date for Diet 1 *06/23/2016*
End Date for Diet 1 *06/22/2017*
Discontinue Diet 1 *No*

**Medications:**

- None

**Allergies:**

## Objective:

**Vitals:** Time: 1150, HR 75, RR 16, BP 130/80, Ht 66, Wt 126, BMI 20.33.

**Past Orders:**

*Hemoglobin A1C 0102-4 LAV-EDTA (Order Date - 06/03/2016) (Collection Date - 06/03/2016)

| Hemoglobin A1C (Glycohgb) | 6.0 | <5.7 - % H |
|---|---|---|

Notes: Lab order created by CRE (oral agents)

**Examination:**

Diabetes Mellitus Clinic Objective and Assessment:

- GENERAL APPEARANCE: in no acute distress, well developed, slim person.
- HEAD: normocephalic, atraumatic.
- EYES: pupils equal, round, reactive to light and accommodation.
- HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
- LUNGS: clear to auscultation bilaterally.
- EXTREMITIES: no clubbing, cyanosis, or edema.
- FOOT EXAM:
  Date *06/23/2016*
  Sensory testing performed *Yes*
  Results of sensory testing *Intact*
- HgbA1C Control
  What is patient's control level for HgbA1C? *Good control (HgbA1C less than 7) ...*
- H and P
  Was the initial H and P completed during this encounter? *No ...*

## Assessment:

**Assessment:**

- Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled - 250.00 (Primary)
- Self-reported hepatitis - U002.00
- Hypertension - 997.91
- Chronic airway obstruction, not elsewhere classified - 496

## Plan:

**1. Diabetes mellitus without mention of complication, type II or unspecified type, not stated as uncontrolled**

Start Metformin HCl Tablet, 500 MG, tablet, Orally, BID, 90 days, KOP: No, Drug Source: Pharmacy ;
Start Pneumovax 23 Injectable, 25 MCG/0.5ML, Injection, 1 dose .

**2. Hypertension**

Start Lisinopril Tablet, 20 MG, 1 tablet, Orally, Once a day, 90 days, 90 Tablet ;
Start Hydrochlorothiazide Tablet, 25 MG, 1 tablet, Orally, Once a day, 90 days, 90 Tablet .
BP Check once a week X 12 weeks.

**3. Chronic airway obstruction, not elsewhere classified**

Start Albuterol Sulfate Nebulization Solution, 0.63 MG/3ML, 3 ml, Inhalation, TID PRN, 90 days, KOP: No, Drug Source: Pharmacy .

**4. Others**

Start Multivitamins Tablet, tablet, Orally, Q Day, 90 days .
Referral To:Onsite Podiatry
Reason:toe nail

**Immunizations:**

**Therapeutic Injections:**

**Labs:**

**Procedure Codes:**

**Preventive:**
Chronic Care:
Diabetes Mellitus Clinic
Glycemic control teaching *Yes*
Hypoglycemic reactions teaching *Yes*
Exercise teaching *Yes*
Diet teaching *Yes*
Foot care/foot wear teaching *Yes*
Adherence to medication teaching *Yes*
Medication side effects teaching *Yes*
Smoking cessation teaching *...*
Complication/disease process teaching *...*
Adaptation to the correctional environment teaching *...*
Chronic Care Education Provided
Diet *Yes*
Exercise *Yes*
Smoking Cessation *Yes*
Medication Information *Yes*
Goals Of Therapy *Yes*
Disease Process *Yes*
Signs And Symptoms To Report *No*
Test Result *...*
Adaptation To Corrections *...*
PIFS *...*

**Follow Up:** 2 Months (Reason: CCC F/U)

**Provider:** Corrections Provider
**Patient:** CAMPS, CALVIN **DOB:** 08/12/1955 **Date:** 06/23/2016

Haque MD

**Electronically signed by Mohammed Haque COR, MD on 06/23/2016 at 04:53 PM EDT**
**Sign off status: Completed**

**PID:** 483950 **Intake:** 1609110
**Facility Code:** CFCF **Housing Area:** ,RCVG,B22,06
**Patient:** CAMPS, CALVIN
**DOB:** 08/12/1955 **Age:** 60 Y **Sex:** Male
**Phone:**
**Address:** 1318 AUBURN ST., PHILADELPHIA, PA-19132

**Provider:** Vivian Gandy, MD
**Date:** 05/18/2016

---

## Subjective:

1. .

**HPI:**

(1) Intake Non-Confidential:

Non-Confidential Intake Screening

Date of Intake Screening? *05/18/2016*
Unwilling/unable to complete intake screening? *No*
Visible Injuries? *No*
Physical Impairments? *No*
Head trauma within the last 72 hours? *No*
Do you use or require physical aids? *No*
Detainee is apparently under the influence of alcohol or drugs? *No*
Healthcare professional believes detainee may be a suicide risk? *No*
Heat Alert Candidate? *No*
General Population? *Yes*
Single Cell? *No*
Lower Bunk? *Yes*
Lower Tier? *Yes*
Lice test performed? *Yes*
How lice check was done? *Visual*
Lice detected? *No*
Refer to midlevel practitioner or physician now? *No*
Has inmate been previously diagnosed SMI? *No*
Is detainee is a minor/juvenile? *No*
Witness Signature *MGaye RN*

()Confidential Intake Questionnaire:

Confidential Intake Questionnaire

Routine Intake? *Routine*
Do you have medical insurance? *No*
Appearance *Normal*
General Visual Observations *Appropriate*
Any open sores/wounds/boils? *No*
Appear sick? *No*
Restricted mobility? *No*
Loss of consciousness in the last 72 hours? *No*
Is inmate experiencing any of the following urgent dental problems? *No urgent dental problem*
Is inmate experiencing any of the following routine dental problems? *No routine dental problem*
Oral hygiene status? *Fair*
Exposure to tuberculosis? *No*
Born in, travelled to, lived in, taken a cruise to Cancun, Cozumel or any other areas in Mexico or taken a Caribbean cruise in the last six months. Or since 1997 Cameroon, Central African Republic, Chad, Congo, Equatorial Guinea, Gabon, Niger or Nigeria. *No*
PPD Implanted? *Yes*
Location of PPD implant? *Left forearm*
Have you had chicken pox? *Yes*
Do you have diabetes? *Yes*
Do you use insulin? *No*
Do you use oral agents? *Yes*
Glucometer reading *84*
Do you have asthma? *No*
Do you have hypertension (high blood pressure)? *Yes*
BP Reading *108/78*

Do you have epilepsy (seizures)? *No*
Do you have sickle cell? *No*
Do you have any communicable, contagious or sexually transmitted diseases? *No*
Do you have any Other Medical Conditions? *No*
Do you have HIV and or AIDS? *No*
Rapid HIV test performed? *Yes*
Date of Rapid HIV test *05/18/2016*
Intake Facility *CFCF*
Rapid HIV test results are? *Preliminary negative*
Are you being treated for hepatitis? *Yes*
What type of hepatitis do you have? *C*
Taking medications as prescribed by a physician? (Including those for HIV/AIDs, Diabetes, hypertension, Sickle Cell, Asthma, Epilepsy, hepatitis, etc.) *Yes (Document all stated medications in the Medical History section)*
Have you been treated/hospitalized within the last year for any medical problem? *No*
Are you on a diet prescribed by a doctor? *No*
Are you currently receiving Methadone treatment? (Please complete Northeast Treatment Center form) *No*
Detainee has history of drug abuse? *No*
Detainee has history of alcohol abuse? *No*
Do you use tobacco products? *No*
Is inmate female? *No*
Blood taken? *Yes*
Urine for STDs taken? *Yes*
Would you like to speak to a counselor to discuss HIV? *Yes*
Was initial H and P completed during Intake? *Yes*
Are you currently taking any medications prescribed for you by a physician for emotional or mental health problems? *No*
1) Detainee is apparently under the influence of alcohol or drugs? *No*
2) Detainee lacks support of family or friends in the community? *No*
3) Detainee experienced a significant loss within the last six months? *No*
4) Detainee is very worried about major problems other than legal? *No*
5) Detainee's family or significant other attempted/committed suicide? *No*
6) Detainee is showing signs of mental illness? *No*
7) Detainee has a history of counseling or mental health evaluation/treatment? *No*
8) Detainee has previous suicide attempt more than a month ago? *No*
9) This is the detainee's first incarceration in lockup/jail? *No*
10) Detainee shows signs of depression (crying, sadness, worrying)? *No*
11) Detainee appears over anxious, panicked, afraid, or angry? *No*
12) Detainee acting and/or talking in a strange manner? (cannot focus attention; hearing or seeing things that are not there) *No*
Has inmate answered yes to 8 or more of the above 12 questions? *No*
Detainee incoherent or showing signs of withdrawal? *No*
Detainee expresses signs of extreme embarrassment, shame, or feelings of humiliation as a result of charge/incarceration? *No*
Detainee is thinking about killing themself? *No*
Detainee is expressing feelings of hopelessness? *No*
Are you thinking of hurting others? *No*
1) Do you currently believe that someone can control your mind by putting thoughts into your head or taking thoughts out of your head? *No*
2) Do you currently feel that other people know your thoughts and can read your mind? *No*
3) Have you lost or gained as much as two pounds per week for several weeks without even trying? *No*
4) Have you or your family or friends noticed that you are currently much more active than you usually are? *No*
5) Do you currently feel like you have to talk or move more slowly than you usually do? *No*
6) Have there currently been a few weeks when you felt like you were useless or sinful? *No*
7) Have you ever been in the hospital for emotional or mental problems? *No*
Has inmate answered yes to 2 or more of the above 7 questions? *No*

PREA

Is this inmate disabled? (Deaf, Dumb, Blind, Wheelchair bound or intellectually impaired) *No*
Does this inmate seem to be any of the following? (Gay, Lesbian, Bisexual, Transgender, Intersex or

gender nonconfirming)  *No*

    Have you ever been incarcerated before today?  *Yes*

    Are you worried that you may be sexually assaulted while in PPS?  *No*

History & Physical:

  H and P Admission Data

    Date of H&P?  *05/18/2016 ...*

    Date of admission?  *05/18/2016 ...*

    Aliases?  *...*

    Previous Incarcerations?  *Yes*

  H and P History

    Do you have a family physician?  *Yes*

    Name of family physician  *Dr. Francis Lo*

    Address of family physician  *3900 Woodland Ave philadelphia 215-823-5800*

    Past hospitalizations (Past Surgery/Major Injuries?  *No*

    Head injury with loss of consciousness?  *No*

    Last Tetanus?  */*

    Immunization?  *No*

    Allergies?  *Place in Allergies section of Progress Note*

    Current Medications?  *... Metformin, Lisinopril, Asprin, Multivitamin*

    Hospitalization for Mental Health reasons?  *No*

    Prior Counseling/Out-Patient Treatment?  *No*

    Have you ever attempted suicide?  *No*

    Have you recently considered committing suicide?  *No*

  H and P Hepatitis/HIV Screen

    Do you now or have you ever had hepatitis?  *Yes*

    Do you know what type?  *C*

    Do you know what hepatitis C is?  *Yes*

    Have you ever used a needle to give yourself drugs?  *No*

    Have you ever gotten a tattoo while in prison?  *No*

    Have you ever received an organ transplant?  *No*

    Have you ever received dialysis?  *No*

    Did you receive a blood transfusion before 1992?  *No*

    Do you have HIV (AIDS)?  *No*

    Would you like to be tested for HIV?  *No*

    Do you use street drugs?  *No*

    Smoker?  *No*

    Etoh?  *No*

  H and P Medical History

    Problems with vision?  *Yes*

    Problems with hearing?  *No*

    Problems with balance/dizziness?  *No*

    Problems with blackouts?  *No*

    D.T.'s?  *No*

    Problems with headaches?  *No*

    Seizures?  *No*

    Nervous disorder?  *No*

    Problems with throat?  *No*

    Problems with teeth?  *No*

    Asthma?  *No*

    Hay fever?  *No*

    Pneumonia?  *No*

    Tuberculosis?  *No*

    Problems with heart?  *No*

    Hypertension?  *No*

    Anemia?  *No*

    Problems dealing with blood?  *No*

    Stomach pain?  *No*

    Heartburn?  *No*

    Ulcer?  *No*

    Problems with nausea/vomiting?  *No*

    Problem with gall bladder?  *No*

    Problem with liver?  *Yes*

Hepatitis? *No*
Diabetes? *...*
Kidney disease? *No*
Bladder infection? *No*
Trouble voiding? *No*
Pediculi (Lice)? *No*
Gonorrhea? *No*
Syphilis? *No*
Muscle problem? *No*
Joint problem? *Yes*
Arthritis? *Yes*
Other? *...*
Regular menstrual period? *...*
Irregular menstrual period? *...*
Duration days menstrual period? *...*
LMP? */*
Gravida/Para? *...*
Last Pap? */*
Contraception? */*

**Medical History:** Diabetes- Metformin 500mg BID, HTN- Lsinopril 20mg Daily, Asprin EC 81mg daily Multivitamin, COPD- Albuterol neb tx, Chronic Back Pain.

**Family History:**

**Social History:**

Correctional Alerts:

Correctional Alerts
Diabetes? *Diabetes*
Start Date? *05/18/2016*
End Date?
Comments *Age*
Lower Bunk? *Lower Bunk*
Start Date? *05/18/2016*
End Date? *06/01/2016*
Lower Tier? *Lower Tier*
Start Date? *05/18/2016*
End Date? *06/01/2016*

**Medications:** None

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Time: 0006, Temp 98.6, HR 86, RR 16, BP 108/79, Wt 128, Accucheck 84
neg xray 1/7/16.

**Past Orders:**

**Examination:**

()General Examination:

H and P
Was the initial H and P completed during this encounter? *Yes*
GENERAL APPEARANCE: normal.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.
EARS: normal.
ORAL CAVITY: mucosa moist.
THROAT: clear.
NECK/THYROID: neck supple, full range of motion, noted.
SKIN: warm and dry.
HEART: S1, S2 normal.
LUNGS: clear to auscultation bilaterally.
ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.

EXTREMITIES: no edema noted.
NEUROLOGIC: gait normal.
PSYCH: alert, oriented.

## Assessment:

**Assessment:**
1. Intake Assessment - IA
2. Routine general medical examination at health care facility - V70.0
I/M appeared alert and orientated denies any medical/ mental health problems, denies current drugs/ alcohol abuse and Report he has diabetes and takes Metformin, HTN and take Lisinopril, Asprin, Albuterol , Multivitamin. Denies any though of hurting self or others, education provided on how to contact medical, dental., and mental health during his stay.

## Plan:

**1. Intake Assessment**
LAB: Rapid HIV test Preliminary negative

**Immunizations:**

**Therapeutic Injections:**

**Labs:**
**Preventive:**
Patient Education Medical/Dental:
Patient Education
Patient educated to contact medical if symptoms develop or worsen *yes*
Written information provided *no*
The patient demonstrates an understanding of self care, symptoms to report and when to return for follow up care *yes*
Patient informed on how to access dental care? *yes*

**Disposition:**
Disposition: No acute intervention needed

**Provider:** Vivian Gandy, MD
**Patient:** CAMPS, CALVIN **DOB:** 08/12/1955 **Date:** 05/18/2016

**Electronically signed by Matu Gaye RN/COR on 05/18/2016 at 01:27 AM EDT**
**Sign off status: Completed**

**Progress Notes**

**PID:** 483950 **Intake:** 1403551
**Facility Code:** CFCF **Housing Area:** ,B2POD2,07,3
**Patient:** CAMPS, CALVIN
**DOB:** 08/12/1955 **Age:** 58 Y **Sex:** Male
**Phone:**
**Address:** 1318 AUBURN ST., PHILADELPHIA, PA-19132

**Provider:** CMO @CFCF
**Date:** 07/30/2014

## Subjective:

1. HCV. 2. HTN. 3. DM. 4. COPD.

**HPI:**

**Family History:**

**Social History:**

**Medications:** None

**Allergies:**

## Objective:

**Past Orders:**

**Examination:**

()General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation, fundus normal.
ORAL CAVITY: mucosa moist.
NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
LUNGS: clear to auscultation bilaterally, no wheezes, rales, rhonchi.
ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
EXTREMITIES: no clubbing, cyanosis, or edema.
NEUROLOGIC: nonfocal, motor strength normal upper and lower extremities, sensory exam
intact.

## Assessment:

**Assessment:**

1. Essential hypertension, benign - 401.1 (Primary)
2. Chronic airway obstruction, not elsewhere classified - 496
3. Chronic hepatitis C without mention of hepatic coma - 070.54
4. Diabetes mellitus without mention of complication, type II or unspecified type, uncontrolled - 250.02

## Plan:

**1. Essential hypertension, benign** Start Atrovent HFA Aerosol Solution, 17 MCG/ACT, 1 puff, Inhalation,
TID, 30 days .
LAB: *Hemoglobin A1C 0102-4 LAV-EDTA (Ordered for 08/25/2014)
LAB: *DIAGNOSTIC PROFILE II 2052-9 SST & LAV (Ordered for 08/25/2014)
BP check q weekly x 4 wks; accu check qM-W-F x 4 weeks; D/C Ventolin MDI.

**Immunizations:**

**Therapeutic Injections:**

**Labs:**
**Preventive:**

**Follow Up:** 8/29/14
**Disposition:**

Disposition: Chronic Care follow up with practitioner
Notes: continue current meds as Rx


**Provider:** CMO @CFCF
**Patient:** CAMPS, CALVIN  **DOB:** 08/12/1955  **Date:** 07/30/2014


**Electronically signed by James Arnone COR, DO on 08/06/2014 at 11:29 AM EDT**
**Sign off status: Completed**

## ADMISSION DATA

Date 3/3/14 Social Security No. ______ Inmate I.D. No. ______

Inmate ______ ______ (M.I.) Date Booked ______

CAMPS CALVIN
Intake 1403551 PID 483950
DOB 08/12/1955

Alias ______ ______ (M.I.) Birthdate ______

Previous Incarc ______ (Facility) ______ (Date)

## MEDICAL HISTORY

Family Physician VA
(Name) (Address) (City) (State) (Zip)

Past Hospitalizations (Past Surgery/Major Injuries) Specify COPD/ganglion cyst
(Location) (Address) (City) (State) (Zip)

Head Injury w/Loss of Consciousness Ø Last Tetanus 2012 Immunization current

Allergies Bactrim

Current Medications(s) see orders

Hospitalization for Mental Health Reasons (Circle One) Yes (No) If yes, ______ (Why)

Where ______ When ______
(Location) (Street) (City) (State) (Zip) (Date)

Prior Counseling/Out-Patient Treatment for Ø

Where ______ When ______
(Location) (Street) (City) (State) (Zip) (Date)

Have you ever attempted suicide? Ø How ______ When ______ (Date)

Have you recently considered committing suicide? Ø

## HEPATITIS/HIV SCREEN

| | | |
|---|---|---|
| Do you now or have you ever had hepatitis? | (Yes) | No |
| If yes, do you know what type(s) | (Yes) | No |
| | A B (C) | |
| Do you know what hepatitis C is? | (Yes) | No |
| Have you ever used a needle to give your self drugs? | Yes | (No) |
| Have you ever gotten a tattoo while in prison? | Yes | (No) |
| Have you ever received an organ transplant? | Yes | (No) |
| Have you ever received dialysis? | Yes | (No) |
| Did you receive a blood transfusion before 1992? | Yes | (No) |
| Do you have HIV ( AIDS) | Yes | (No) |
| Would you like to be tested for HIV? | Yes | No |

D. Davis D.O.

Street drugs methadone Smoker Ø Etoh Ø
(Type-Quantity) (How often) (How long)

D. Davis D.O.

**Mental Health Observation**

| | N | A/Comment |
|---|---|---|
| Orientation (person, place, Time) | ✓ | |
| General appearance (motor behavior, mannerisms) | ✓ | |
| Affect (response to incarceration) | ✓ | |
| Content of though History of suicide Present thoughts of suicide | ✓ | |

**I agree to have a physical examination**

Calvin Camps, Pro Se
Inmate's Signature ______ Date

RMelle Green CRNP 3/3/14
Interviewer's Signature ______ Date

______
Witness (If Intake Physical Refused) ______ Date

D-306

# MEDICAL HISTORY AND PHYSICAL ASSESSMENT

CAMPS
Intake 1403551
DOB 08/12/1955

CAL
PID 483950

(First) (M.I.)

## HISTORY

| Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|
| Vision | | | Gall Bladder | | |
| Hearing | | | Liver | | |
| Balance/Dizziness | | | Hepatitis | | |
| Blackouts | | | Diabetes | | |
| D.T.'s | | | Kidney Disease | | |
| Headaches | | | Bladder Infection | | |
| Seizures | | | Trouble Voiding | | |
| Nervous Disorder | | | Pediculi (lice) | | |
| Throat | | | Gonorrhea | | |
| Teeth | | | Syphilis | | |
| Asthma | ✓ | | Muscle Problem | | |
| Hay Fever | | | Joint Problem | | |
| Pneumonia | | | Arthritis | | |
| Tuberculosis | | | Other: COPD | | |
| Heart | | | Other: | | |
| Hypertension | | | Regular Menstrual Period | | |
| Anemia | | | Irregular Menstrual Period | | |
| Blood | | | Duration Days Menstrual Period | | |
| Stomach Pain | | | LMP | | |
| Heartburn | | | Gravida/Para | | |
| Ulcer | | | Last Pap | | |
| Nausea/vomiting | | | Contraception | | |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| TINE/PPD CXR | [illegible] | [illegible] |
| VDRL | | |
| SMA-12 | | |
| CBC | | |
| U/A (Dip Stick) | | |
| [illegible] | [illegible] | |

COMMENTS:

AACO referral offered
Accepted Declined

## EXAM

Age 37 Sex M Race [illegible] Ht. ____ Wt. ____
Pulse 80 BP 138/[illegible] Temp. 97.6
Respiration 16

| | | N | A/Comment |
|---|---|---|---|
| Skin | Color<br>Condition<br>Turgor<br>~~Recent Injury~~ | ✓ | |
| Head | Glasses<br>Pupils<br>Sclera<br>Conjunctiva<br>Vision | (+) | |
| Ears | Appearance<br>Canals<br>Hearing | ✓ | |
| Mouth | Teeth & Gums<br>~~Dentures/Plates~~<br>Throat<br>Tongue<br>Tonsils | ✓ | |
| Nose | | ✓ | |
| Neck | Veins<br>Mobility<br>Thyroid<br>Carotids<br>Lymph nodes | ✓ | |
| Chest (Breasts) | Configuration<br>Auscultation<br>Respirations<br>~~Cough/Sputum~~ | ✓ | |
| Heart | Auscultation<br>Radial pulses<br>Apical pulse<br>Rhythm | ✓ | |
| Extremities | Pulses<br>~~Edema~~<br>Joints | ✓ | |
| Spine | | ✓ | |
| Abdomen | Shape<br>Bowel sounds<br>Palpation<br>~~Hernia~~ | ✓ | |
| Genital/Urinary System | deferred | | |

[signature] CRNP



CAMPS
Intake 1403551
DOB 08/12/1955

CALVIN
PID 483950

## PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: / / |
|---|---|
| 5/30/14 | CHRONIC CARE PATIENT EDUCATION MATERIAL GIVEN [signature] |
| 6/20/2014 | [handwritten notes, largely illegible] |

S. DESROSIERS, D.P.M.
[signature]

60111 (5/85)

Complete Both Sides Before Using Another Sheet

CMR RECORDS MOVEMENT Fax 215-685-8397 P001/001

Commonwealth of Pennsylvania
Court of Common Pleas
County of Philadelphia
1st Judicial District

TRIAL DIVISION, CRIMINAL

## SHORT CERTIFICATE

Commonwealth of Pennsylvania
v.
Calvin Camps

Docket No: CP-51-CR-0007951-2011
PID: 0483950

## SHORT CERTIFICATE

Date: 2/26/14

I hereby certify, that on 26 day of February, 20 14.

The Honorable Diana L. Anhalt orders the above defendant be given his medications as prescribed by his doctor while in custody.

Judge Diana L. Anhalt



**ANTHONY J. LIMBERAKIS, MD**
*Diplomate American Board of Radiology*
**MICHAEL S. NALBANTIAN, MD**
*Diplomate American Board of Radiology*
*Diplomate American Board of Nuclear Medicine*
9601 Bustleton Avenue • Philadelphia, PA 19115
Phone: 215-676-5100 • Fax: 215-676-6332
www.bustletonradiology.com

Siddharth Sagreiya, MD
Philadelphia Industrial Cc
8301 State Rd
Philadelphia, PA 19136

**PATIENT NAME:** Calvin Camps (M)
**DATE OF BIRTH:** 08/12/1955
**PATIENT MR#:** P483950
**DATE OF STUDY:** 10/08/2012

HISTORY: Hepatitis C; rule out cholelithiasis

ULTRASOUND LIVER & GALLBLADDER: High-resolution sonography of the liver and gallbladder was performed. There no previous studies available for comparison.

The liver is borderline prominent in size measuring 16.1 cm in sagittal dimension (top normal is 15.0 cm). Hepatic echotexture is heterogeneous, especially in the left lobe where there are scattered echogenic foci. Air in the biliary tree is not entirely excluded. Liver CT or MRI is recommended. No focal hepatic mass is detected.

The common bile duct is upper normal in caliber measuring 0.5 cm.

The gallbladder demonstrates at several mobile calculi the largest of which measures between 1 and 2 cm. A negative Murphy's sign is acknowledged.

The portal vein is of normal caliber measuring 11 mm. Normal hepatopetal flow is acknowledged.

IMPRESSION: Borderline hepatomegaly

Hepatic echotexture is heterogeneous, especially in the left hepatic lobe where several scattered hyperechoic echogenic foci are detected; liver CT or liver MRI is recommended

Cholelithiasis with negative Murphy's sign

Common bile duct upper normal caliber

These findings will be telephoned and faxed to Corizon at the above named correctional facility.

*A FULLY DIGITAL PRACTICE*

Digital Radiography • High-Field MRI • CT Scan • Digital Mammography • Ultrasound
Digital Fluoroscopy • Carotid Imaging • Nuclear Medicine • DXA Scan for Osteoporosis • Peripheral Vascular Imaging

A DIVISION OF ALPHA MEDICAL GROUP, LTD

UM done CT liver



From BUSTLETON RADIOLOGY ASSOCIATES 1.215.676.4122 Wed Oct 10 07:50:51 2012 EDT Page 2 of 2

Bustleton
Radiology Associates, Ltd.
& Women's Imaging Center

**ANTHONY J. LIMBERAKIS, MD**
*Diplomate American Board of Radiology*
**MICHAEL S. NALBANTIAN, MD**
*Diplomate American Board of Radiology*
*Diplomate American Board of Nuclear Medicine*
9601 Bustleton Avenue • Philadelphia, PA 19115
Phone: 215-676-5100 • Fax: 215-676-6332
www.bustletonradiology.com

**PATIENT NAME:** Camps, Calvin
**DATE OF BIRTH:** 08/12/1955
**PATIENT MR#:** P483950
**DATE OF STUDY** 10/08/2012

Page 2 of 2

Thank you for your kind referral. If you have any questions, please call us.

Electronically signed by:
Anthony J. Limberakis, MD

*At the request of the patient, copies of this report are being faxed to the following: N/A*
*None requested*

*A FULLY DIGITAL PRACTICE*
Digital Radiography • High-Field MRI • CT Scan • Digital Mammography • Ultrasound
Digital Fluoroscopy • Carotid Imaging • Nuclear Medicine • DXA Scan for Osteoporosis • Peripheral Vascular Imaging
A DIVISION OF ALPHA MEDICAL GROUP, LTD

D-370

