RE: CALVIN CAMPS,PRO.SE.MQ1920
    S.C.I. CHESTER
    500 EAST 4th STREET
    CHESTER PA 19013



DECLARATION OF WITNESS FOR
CALVIN CAMPS,MQ1920
PENDING LEGAL CASES MEDICAL
ISSUES

I, GERALD RODGERS,NA-4352, hereby declares, I am making AFFIDAVIT as to the Request of Inmate Calvin Camps, At the time We were being housed inside the County Prison system at C.F.C.F., From may till august of 2016. He was on this same unit, were We both was being housed he was being caused a number of violations to his State and Federal Constitutional Rights were he was Being denied to have his legal mail to be sent out by the Prison Guards and the Captain Jane Doe, were he put mail in the unit MAIL BOX, to the Courts and parties of record and family members, It was not taken out of the box on the unit and he made COMPLAINTS to Guards and Sergeants and Lt. Who would pick up All mail that was placed into unit box. While I was being housed On this said unit he was dealing his Illness, made a number Of complaints to those guards that had him taken down to the MEDICAL department for his chest pains, We had talked with each On a number of issues while in this unit, at this time I was Being held in the County prison system waiting for Court myself. He told me that the medical personal was refusing to provide Him with medication for his liver condition within the County PRISON System and that he was being punished and made to suffer.

He also made his Complaints known to the Warden, On the Same day that she came on to the Block while she was walking I called her to me cell to talk with her about my own issues As to my legal rights under State and Federal laws as to the Taking of my Property and other Constitutional Violations. By those said Employees at C.F.C.F., during 2016 were I met Inmate Calvin Camps, On unit which is in the prison records Were I was being denied Anti-Viral drugs by the Contractor and Its Employees and the Prison officials, Who refused to take Any action.

Inmate calvin camps, seemed to have a number of medical issues And was forced to deal with a number of problems from the Prison Officials for exercising his legal rights, while he was communicating with the Courts and his family members and friends, he Was being retaliated by Employees for his activity, he was not Not given any kind of write ups he just being subjected to those Conditions and Punishments, While on the unit B-1-2.

He filed a number of inmate complaints under grievances to those Prison officials and on the Medical department employees as To his condition, while I was on the unit with him and all other Inmates.

I am one of the Witnesses to all staed facts which are Made within this Affidavit as to Punishments, Delays, Refusals, Denials in Violations of State and Federal laws by Employees. My sworn statements are in support of what I've seen. I have Made this under Penalty of Prejury, On this date of August 2, 2018

*Gerald Rodgers*
GERALD RODGERS-NA8694

RE: CALVIN CAMPS,PRO.SE.MQ1920
PENNSYLVANIA DEPARTMENT OF CORRECTIONS
SCI-CHESTER
500 EAST 4TH STREET
CHESTER, PA 19013

U.S. POSTAGE >> PITNEY BOWES
ZIP 19013 $ 000.47⁰
02 1W
0001386821 AUG 13 2018

ATT: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURTHOUSE
601 MARKET, STREET, 2nd Floor
PHILADELPHIA, PA 19106

8-12-18

RE: CAMPS V. NUTTER,et.al.
NO: 14-01498



1910631729 C019