RE: CALVIN CAMPS, PRO.SE.MQ1920
S.C.I. CHESTER
500 EAST 4th STREET
CHESTER PA 19013

NOVEMBER 18, 2018

RE: REQUEST TO FILED DOCUMENTS
FOR THE COURT'S INSPECTION
UNDER CAUSE ACTION(S)
CALVIN CAMPS Vs. NUTTER, et.al.
14-1498

FILED
NOV 21 2018
By_____ KATE BARKMAN, Clerk
_____Dep. Clk

Dear Madam/Sir Clerk of Court,

I am sending this letter as to my Request to file EXHIBITS, to be filed under the case of Calvin Camps Vs. Michael NUTTER, et.al. 14-1498.

I would like to Request that those said Documents be placed On the Court's record under this said legal matter, On the Issues Of the Plaintiff's Constitutional Rights being Violated, While He is being held in the Prison System.

If their is any kind of Problems Please feel free and write Me here at S.C.I. Chester, 500 East 4th Street, Chester Pa 19013.

I would like to thank you for your time on those said matters.

A copy of those said documents were Mailed to the Defendants Attorney of record, Rebecca Prosper, Esq. Assistant City Solicitor.

YOURS TRULY
X_____
CALVIN CAMPS, PRO.SE.MQ1920

SERVED: REBECCA PROSPER, ESQ. ASSISTANT CITY SOLICITOR
CITY OF PHILADELPHIA-LAW DEPARTMENT
15th FLOOR, ONE PARKWAY
1515 ARCH, STREET
PHILADELPHIA PA 19102-1595

# Dozens of Lawsuits Against Correct Care Solutions for Sometimes Fatal Denial of Medical Treatment

*by Matthew Clarke*

FROM 2014 THROUGH JULY 2018, AT LEAST 52 lawsuits were filed in federal court against Correct Care Solutions (CCS) – a private medical contractor based in Nashville, Tennessee – alleging failure to provide adequate medical care to prisoners in Colorado jails. Six of the cases involved fatalities and two were settled for millions of dollars.

Jennifer Lobato, 38, was suffering from heroin withdrawal when she was booked into the Jefferson County jail in Golden, Colorado for shoplifting in March 2015. Though vomiting profusely, she was told she wouldn't receive treatment until she cleaned up the mess she had made. About 20 minutes after her requests for medical care were ignored, her cellmate noticed she was no longer breathing.

Lobato, a mother of seven children, died of an easily-treatable electrolyte imbalance. Her family filed a lawsuit that named CCS, the jail's privately-contracted medical provider, as a defendant. In November 2017, Jefferson County agreed to settle its part of the case for $2.5 million. The claims against CCS remain pending. [See: *PLN*, Jan. 2018, p.38, Nov. 2015, p.63].

Kenneth McGill, 42, suffered a stroke while incarcerated on a misdemeanor charge at the same jail in September 2012, but his pleas for medical care went ignored for 16 hours. By then he had suffered irreversible damage that left him with a limp and prone to dizzy spells. He filed suit against CCS, and a jury awarded him $11 million. [See: *PLN*, April 2016, p.26].

Dr. James Brill was the medical director at the Jefferson County jail when McGill suffered his stroke. Brill testified that had a nurse called and informed him of the stroke, he would have ordered McGill transported to a hospital. Hours later, CCS fired him, calling his firing "totally unethical."

Cheney insisted that the termination "was not related in any manner to any testimony provided by Dr. Brill in an unrelated civil action."

Brill has since filed a wrongful termination suit against CCS. "If a company can do this to me," he said, "it can do it to you."

In April 2014 at the Weld County jail in Greeley, Colorado, Barton Grubbs, 52, told a CCS intake nurse that he had taken "around 70 Valium," while the trooper who was arresting him for drunk driving wasn't looking. The nurse's supervisor told her to call the jail's medical provider. But the nurse didn't believe Grubbs and didn't make the call. He died the next day. His family filed suit, which went to trial in July 2018. The jury found in favor of CCS, while the county settled for $20,000. See: *Smith v. Weld County Sheriff's Office*, U.S.D.C. (D. Colo.), Case No. 1:16-cv-00714-PAB-STV.

At the Arapahoe County jail in Centennial, Colorado, Jeffrey Scott Lillis, 37, died of easily-treatable bacterial pneumonia and sepsis in December 2014. CCS medical staff had ignored his requests for treatment for days. His family filed suit against CCS and seven of its employees.

At the Mesa County jail in Grand Junction, Tomas Beauford, 24, who had the mental capacity of a six-year-old, suffered multiple epileptic seizures in the weeks before he died. CCS employees refused to give him his anti-seizure medication. The family's federal lawsuit named CCS as a defendant.

When she was booked into the Pueblo County jail in June 2013, Tanya Martinez was suffering from alcohol withdrawal. The 36-year-old mother of two was experiencing a seizure when a guard delivered dinner filed against CCS, the medical provider at the jail.

And at the Montrose County jail, Dillon Blodgett, 23, advised CCS staff that he was having suicidal thoughts when he was booked into the facility in November 2015. Charged with criminal impersonation, false reporting, resisting arrest and obstructing a peace officer, Blodgett was also wanted for escaping a community corrections facility. He was placed in a maximum-security solitary cell, where he was found hanging in January 2016. He died three days later at a hospital.

"Despite reporting suicidal ideations and a specific method of a recent suicide attempt in custody, Mr. Blodgett was not properly evaluated for risk of suicide, placed on suicide watch or provided proper mental health treatment and remained in solitary confinement," stated his family's attorney, Dan Shaffer.

The El Paso County Sheriff's Office in Colorado Springs recently announced that it had invited proposals from other companies to provide medical care at its jail. It has contracted with CCS for the past 15 years at a cost of over $63 million.

The company has contracts with 14 detention facilities in Colorado to provide health care to over 4,000 prisoners. Nationwide, it contracts with more than 400 local, state and federal facilities housing over 302,000 prisoners.

In Nebraska, CCS has faced 23 federal lawsuits since 2008 related to its provision of medical care, including four cases at the Douglas County jail in Omaha.

While awaiting trial on charges of distributing meth in June 2017, Edward Liza, 64, complained of chest pains and exhibited confusion after sleep and appetite loss due to


RECEIVED NOV 21 2018

Deng, 23, arrived at the jail and told CCS staff he was experiencing pain during urination and suspected he had a sexually transmitted disease. CCS staff advised him to "drink more water" and "use a condom next time." When he was sentenced to a Nebraska state prison six months later, he was immediately diagnosed with chlamydia.

"For six months, he was peeing fire," said his attorney, Tom White.

Roger Cook was jailed for violation of a protection order in October 2016. The 55-year-old, who stands six feet tall, lost 64 pounds over the next six months. Weighing just 125 pounds when he was released, he collapsed and was taken to a hospital, where he was diagnosed with lung cancer. He died 10 days later. White, who is also representing Cook's family in a lawsuit over his death, said when Cook requested medical attention from CCS staff he "was repeatedly denied."

"You can't fake an X-ray," White added. "And it would have been pretty obvious, even to a layperson, that Mr. Cook was very ill. He easily could have died in their custody."

CCS has been sued 86 times in federal call doctor, Raul Ulloa Smith had accused McNulty of faking his symptoms.

McNulty's fiancé has sued both the county and CCS in a case that remains pending in the U.S. District Court for the Southern District of New York. See: *Melvin v. County of Westchester*, U.S.D.C. (S.D. NY), Case No. 7-14-cv-02995-KMK-LMS.

"Nobody deserves to be treated this way when there are clear cardiac symptoms and so these hearings will help disclose why this individual was treated so poorly," said county legislator Ken Jenkins. "It is important to understand why [CCS] received this contract and what services we are getting because the report from the state would indicate that taxpayers are paying a lot of money for poor service in return."

One of the guards at the jail who witnessed McNulty's death, Kevin Grant, claimed in a report that he was suffering from "acute stress reaction" because he "had to endure and watch him take his last breath because he was denied medical treatment by medical staff."

Westchester County Executive Rob extreme pain, discomfort ... , and permanent disability."

Meanwhile, as prisoners continue to receive poor medical care in jails that contract with CCS, sometimes resulting in their preventable deaths, the number of lawsuits against the company continues to grow.

Sources: *www.gazette.com, www.thedenverchannel.com, www.nbcnewyork.com, www.omaha.com, www.gjsentinel.com, www.lohud.com*

**PRETTY GIRLS LOVE BAD BOYS!**
The Inmate's Guide To Getting Girls

Tired of the same, boring, cliché pen pal books that don't tell you what you really need to know? If so, this new book is for YOU! Anything and everything you need to know on the art of long and short distance seduction is included. The science of attracting pen pals from websites; psychological profiles and instructions on how to seduce any woman you set your sights on; interviews of women who have fallen in love with prisoners, bios for ads, pre-written love letters, romantic poems, love-song lyrics, jokes and much, much more! This book is a must-have for any prisoner who refuses to let prison walls affect their MAC'n.

Rush ONLY $16.95 +$5.00 s/h, or 4 NEW books of 20 Forever stamps to:
The Cell Block (PLN) POB 1025, Rancho Cordova, CA 95741

---

*Soiled Doves*

Your go-to company for the best quality photos. All color catalogs. Nude and non-nude. Volumes 1-5 now available. $0.80 cents per photo. 10 photo minimum no maximum. $1.00 shipping/handling. Special picture orders $1.50 per photo. $1.00 shipping/handling. MP3 photos $0.70 cents each. Package deals available. We accept Institutional check, US Postal Service money order, Money Gram money orders, and Western Union money orders. No personal checks or cash please. If you are interested in doing business, please send a S.A.S.E and advise if your facility allows nude or non-nude photos. We look forward to doing business with you!

**Soiled Doves, P.O. Box 12536, Reno, NV 89510**

---

**TEXAS PAROLE**
Need help getting parole in Texas?

I represent clients across Texas who are seeking to be granted parole at their next review. Representation includes highly detailed parole packets.



Wade B. Smith, Attorney
ATTN Parole - PLN
405 S. Main St., Ste. 450
Houston, TX 77002
wsmith@wadesmithlaw.com
*PH: 281-755-2603

-Not a free or pro bono firm
-Initial inquiries can be made by mail, email, or by phone from a family member (preferred)*

## INMATE APPEAL TO FINAL REVIEW
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| MQ1920 | CALVIN CAMPS | SCI CHESTER | 9-26-2018 | 756240 |

I received my appeal from the Superintendent on __9-26-18__ and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions. Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

A Number of letters were put into the unit DA MAIL BOX, By me During JULY and AUGUST to my family members in which, I was Given back to me by Guard on duty, This Mail was held in the Mailroom for TWO MONTHS, without being sent out from S.C.I. Chester Mailroom, I have not been given any NOTICE to Deny my Right to Communicate or did I violate any Policies or Regulations Cash Slips were SIGNED by Employees under DC-138 A, DC-135 A, Herein those ILLEGAL ACTS are Violations of my CONSTITUTIONAL RIGHTS 8th and 1th FIRST Amendment, I am seking MONEY DAMAGES For those ILLEGAL ACTS, Which are a Violation of Federal laws Were I am EXERCISING my legal Rights under State and Federal laws, never did **NOTICE** or **CHARGES**, been provided by any Agent, Employee, Officers, Official of the DOC, Here they are in Violation of Your OWN POLICIES, See WOLF Vs. McDONNELL, 418 U.S. 539,564, S.CT. 2963, 2979, 41 Led.2d.935,956 (1974), THORBURGH Vs. ABBOTT, 490 U.S. 401,404, 109 S.ct.1874,1877, 104 L.ed.2d.459,467 (1989) (Citing Turner Vs. Safley, 482 U.S. 78,89, 107 S.ct.2254,2262, 96 L.ed.2d.64, 79 (1987) Refused to be Mailed by Employees #28 Letters. MONEY DAMAGES $150,000, for those said UNCONSTITUTIONAL ACTS, Those ILLEGAL ACTS as Stated under FEDERAL laws. MAILROOM EMPLOYEES caused said Violations under Policies and laws as TO Injury and Punishment.

INMATE SIGNATURE: *Calvin Camps Pro Se MQ1920*

PENNSYLVANIA DEPARTMENT OF CORRECTIONS
SCI-CHESTER
500 EAST 4TH STREET
CHESTER, PA 19013

Name: CALVIN CAMPS, PRO.SE.
Number: MQ1920



US POSTAGE >> PITNEY BOWES
ZIP 19013  $ 000.47⁰
02 1W
0001386821 NOV 19 2018

ATT: CLERK OF COURT
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURTHOUSE
PHILADELPHIA PA 19106-9865

191061729 C019