IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Calvin Camps, Pro se | ) DECLARATION OF |
| Plaintiff, | ) Omar Hooks |
| | ) |
| V. | ) |
| | ) |
| Correct Care Solution, et al., | ) Civil Action no. 79 CV 0198 |
| Defendants. | FEB -4 2019 |

RECEIVED FEB 4 2019

**Calvin Camps hereby declares:**

I am incarcerated at State Correctional Institution ("SCI") Chester at all times mentioned I this Declaration. I am competent and I have been incarcerated at SCI Chester Since August 1, 2018. On January 16, 2018 approximately 8:30am. I saw Calvin Camps get called to the unit to pack his things he was getting transferred.

I was aware of Calvin Camps filing a Lawsuit sometimes this year about his Liver condition (Hepatitis-C) I was aware he was being denied was Medical Treatment when He was previously ordered to receive the care in Southern State Correctional Facility in Delmont, New Jersey.

Under My information and belief he was being transferred due to his lawsuit on the Prison Officials for filing a Lawsuit on everyone informed about his medical condition. Who was aware and witness his deterioration.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on January 16, 2019.

_____ /S/ Omar Hooks

NAME: Calvin Cargos, #0658
NUMBER: ME9628
State Correctional Institution at Smithfield
P.O. Box 999, 1120 Pike Street
Huntingdon, PA 16652

1-25-19

ATT: Clerk of Court
United States District Courthouse
601 Market Street 2nd Floor U.S.
Philadelphia, PA 19106

X-RAY

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS