IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALVIN CAMPS,<br><br>   *Plaintiff*,<br><br> v.<br><br>MICHAEL NUTTER, *et al.*,<br><br>   *Defendants*. | CIVIL ACTION<br>NO. 14-01498 |

## **ORDER**

**AND NOW**, this 27th day of February, 2019, upon consideration of Plaintiff Calvin Camps' Motion for Leave to Join Corizon Healthcare, Inc. and its employees as Defendants, (ECF No. 65), and Corizon's Response, (ECF No. 76), it is hereby **ORDERED** that the Motion is **DENIED**.

                    BY THE COURT:

                    ***/s/ Gerald J. Pappert***
                    GERALD J. PAPPERT, J.