14-cv- 1498

RECEIVED MAR 11 2019

Declaration Of Witness

"I", Kevin Anton Bandy #LH-3858 hereby state the following facts as to inmate name Calvin Camps #MQ-1920, Requested that I state for the Court as to his being treated with his "ongoing Legal Mail" to the Courts over in New Jersey and Parties since January 17, 2019 till MARCH 5, 2019 he has been denied his Legal Papers by Prison Officals and it's Officers, and Refused to send out his mail by the Mailroom Employees MR. Stone; the Sgt for property he has put legal mail back into Unit Block CB - Officers to be mailed to the Parties and the Courts. He has filed a number of grievances with Prison Officals as to these Unconstitutional Acts as to Mail and Property, Legal Documents six (6) Boxes. I witness this on CB Unit. Look at block camera.

Pursant to 28 U.S.C. §1746 I declare under penalty of perjury that the following as is true and correct. Executed: March 5, 2019

sign Kevin Bandy #LH-3858
print Kevin Bandy #LH-3858

RE: Calvin Camps, Pro.Se. MQ1920
S.C.I. Smithfield
P.O. Box 999
1120 Pike Street
Huntington, PA 16652

3-6-19

FILED
MAR 11 2019
[Clerk stamp]

RE: Request to File Witness
Affidavit under
Calvin Camps v. Michael Nutter,
et al. 14-1498

Dear Clerk of Court,
I am sending this Affidavit of Witness to be filed, under Calvin Camps v. Michael Nutter, et al. 14-01498.
This letter is being mailed under mailbox Rules, a copy was served on Attorney of Records. If there is any kind of problems, please feel free and write me.

Yours Truly
Cal Camps, Pro.Se.
MQ1920

NAME Calvin Camps, Pro Se.
NUMBER MQ1920
State Correctional Institution at Smithfield
P.O. Box 999, 1120 Pike Street
Huntingdon, PA 16652

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS



ATT: Clerk of Court
United States District Courthouse
601 Market Street, 2nd Floor
Philadelphia, PA 19106

3-6-19

LEGAL

1910631729 C019