IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALVIN CAMPS,<br><br>        *Plaintiff,*<br><br>v.<br><br>MICHAEL NUTTER, *et al.*,<br><br>        *Defendants.* | CIVIL ACTION<br>NO. 14-01498 |

## ORDER

**AND NOW**, this 14th day of March, 2019, upon consideration of Defendants' Motion for Summary Judgment, (ECF No. 66), and Plaintiff's Response, (ECF No. 81), it is hereby **ORDERED** that the Motion is **GRANTED** and judgment entered for the Defendants.

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.